UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

--------------------------------X

LENORA MOUNTAIN,                      :

                                      :

              Plaintiff,        :

        v.                      :Case No.:

EMIRATES, INC.,                 :1-23-cv-22188-BB

                                      :

              Defendant.        :

--------------------------------X


        Deposition of LENORA MOUNTAIN, taken via
Zoom Videoconference, commencing on Wednesday,
October 18, 2023, at 10:00 a.m., reported by
Sydney Crawford, Shorthand Reporter and Notary
Public in the State of Florida.


Reported by:  Sydney Crawford

2

A P P E A R A N C E S

ON BEHALF OF PLAINTIFF, LENORA MOUNTAIN:
HECTOR JAMES MONTALVO
Rasco Klock Perez & Nieto, P.L.
2555 Ponce de Leon Boulevard
Suite 600
Coral Gables, Florida 33134


ON BEHALF OF DEFENDANT, EMIRATES, INC.:
CLAY THORNTON, ESQUIRE
CLYDE & CO US LLP
1221 Brickell Avenue
Suite 1600
Miami, Florida 33131

3

1              C O N T E N T
2  EXAMINATION OF LENORA MOUNTAIN          PAGE
3        By Mr. Thornton          4
4
5
6              E X H I B I T S
7  MOUNTAIN DEPOSITION EXHIBIT          PAGE
8  Exhibit 1  Tauk Tour Itinerary          50
9  Exhibit 2  Answers to Interrogatories     61
10 Exhibit 3  Complaint          63
11 Exhibit 4  Husband Statement          79
12 Exhibit 5  Dr. Lubit Report          96
13 Exhibit 6  Photographs          130
14
15        (Attached to Transcript.)
16
17
18
19
20
21
22
23
24
25

4

1              P R O C E E D I N G S
2  WHEREUPON,
3        LENORA MOUNTAIN,
4     having duly been sworn to tell the truth, the
5  whole truth and nothing but the truth, testifies
6  as follows:
7
8              EXAMINATION
9  BY MR. THORNTON:
10     Q   Ms. Mountain, can you please state your
11  full name for the record?
12     A   My name is Lenora Jean Mountain.
13     Q   Have you ever had your deposition taken
14  before?
15     A   No, I have not.
16     Q   Okay.  Well, a deposition, your counsel
17  may have explained this to you, but it's basically
18  a question-and-answer session.  As you can see,
19  you know, we've got counsel on the Zoom here, and
20  you've got a court reporter taking down everything
21  that's being said.  Because we have that court
22  reporter typing down -- everything down, there's a
23  couple of rules.  We like to establish before we
24  begin.  The first is that I ask that you try to
25  refrain from using any nonverbal communication.

5

1  In other words, no nods or shakes of the head,
2  because that can't easily be written down.  If you
3  do want to use any, you know, nonverbal
4  communication, like, if you're approximating
5  something with your hands, you can do so, but I
6  just ask that you accompany it with a description
7  of what you're doing so it can be written down;
8  does that make sense?
9     A   Yes.  Thank you.
10     Q   All right.  The next rule is that if at
11  any point you don't understand any of my
12  questions, let me know, and I will repeat it or
13  try and rephrase it so that you understand it.
14  If, however, you respond to a question, I'll take
15  that to mean that you understood it and are
16  responding to it; is that fair?
17     A   That's fair.
18     Q   Finally, I ask that you let me finish
19  any of my questions before you move on to a
20  response, and I'll return the same courtesy, let
21  you finish your response before moving on to the
22  next question; is that fair?
23     A   I'll try.
24     Q   I know it can be difficult at times.
25  Sometimes if you --

Fernandez & Associates Court Reporters
305-374-8868    service@fernandezcr.com

6

1    A    Yeah.
2    Q    -- get conversational, see, like, right
3 there, when we both speak at the same time, it
4 just becomes very difficult for them to write
5 down.
6    A    I understand.
7    Q    Okay.  And lastly, you know, this isn't
8 a test of endurance.  If you want to take a break
9 at any point, just let us know, and we can do so.
10 I only ask that you -- if there's any pending
11 question, just answer that question first before,
12 you know, going on a break.
13    A    Okay.
14    Q    Are you taking any medication today?
15    A    Today, I'm -- I'm taking three
16 prescription medications.  One is a diuretic, one
17 is a blood pressure pill, and the other is a
18 statin for cholesterol.  All are very low dosage.
19 The medication for blood pressure was just issued
20 to me.  That is a new prescription from the end of
21 August.
22    Q    Okay.  Are you taking any pain
23 medication?
24    A    No, I'm not.
25    Q    Are you taking any medication for

7

1 anxiety or depression?
2    A    No, I am not.
3    Q    Are you taking anything that would
4 prevent you from being able to offer any testimony
5 today?
6    A    No, I am not.
7    Q    Okay.  Did you review any documents to
8 prepare for today's deposition?
9    A    I did.
10    Q    What did you review?
11    A    I reviewed Dr. Lubit's report.  I
12 reviewed my husband's testimony.  I reviewed my
13 responses to your firm's questionnaire.
14    Q    Okay.  And when you say your
15 "responses," you're referring to your answers to
16 interrogatories?
17    A    I don't understand that.
18    Q    Okay.  And when you say your husband's
19 testimony, are you referring to the -- the typed
20 statement that your husband provided and that was
21 produced in this case?
22    A    Yes, I did.  Yes, it is.  Yes.
23    Q    Okay.  What is your date of birth?
24    A    My date of birth is July the 20th, 1948.
25    Q    Sorry, let me go back.  Did you review

8

1 any other documents other than the Lubit report,
2 your husband's testimony sheet, and the answers to
3 interrogatories?
4    A    No, I did not, no.
5    Q    Did you do anything else to prepare for
6 today's depo?
7    A    Tried to get a good night's sleep,
8 relax, but that's about it.
9    Q    Tried to do the same.  Are you a citizen
10 of the U.S.?
11    A    No, I am not.
12    Q    Where were you born?
13    A    I was born in Ontario, Canada.
14    Q    And I know you provided your address
15 earlier, but I believe that was before we were on
16 the record.  What's your current address?
17    A    My current address is 2843 Road 134 1st
18 South RR, Number Seven, St. Mary's, Ontario, N4X
19 1C9 Canada.
20    Q    Okay.  And how long have you been living
21 there?
22    A    In this particular home, we've been
23 residing here since 1989, and it was the home that
24 we moved here from London, Ontario, 30 miles away
25 in 1972 and sold to with right of first refusal in

9

1 1979, returned to it in 1989.
2    Q    Okay.  Who lives there with you?
3    A    My husband.  And on the property, our
4 son has just moved into our guest house.  Our son
5 and his wife have moved into the condo apartment,
6 guest house in our outbuilding, which we call the
7 barn.
8    Q    How long ago did he move in?
9    A    I'm sorry, I didn't hear that.
10    Q    How long ago did your son and his wife
11 move in?
12    A    Last July.
13    Q    July 2022?
14    A    Yes, that's correct.
15    Q    And I presume, since you've been living
16 there since 1989, that was where you were living
17 at the time of the incident?
18    A    Yes.
19    Q    Were you just living there with your
20 husband at or around the time of the incident?
21    A    Yes.
22    Q    What type of home is it?
23    A    It's a single-story home of about 2,500
24 square feet on 31-acres of land with several
25 outbuildings.  It is stone construction.  It

3  (Pages 6 to 9)

has -- my husband and I live on the main floor where our bedroom and living room, kitchen, dining room, everything is. We have done several renovations over the years on it. And it's something that we expanded from a small home that we moved here years ago.
Q Well, 35 acres of land, that must be quite a -- quite a bear to maintain?
A Well, we rent the land during the summer. We work at -- we have 5 acres of lawns and gardens around the house, and my husband has -- across the road is a -- was a scrub field that my husband developed into a beautiful park because when we walk out the front door, we would see scrublands, so he's planted grass, trees, flowers, that it's visual for us when we walk out the front door, and the neighborhood uses it as a park for weddings and et cetera.
Q Do you help him at all in any of the plant -- do you garden, I guess?
A I do all the planters in the spring. I plant all of the annual flowers, I assist with weeding. I have a small vegetable garden that I look after. So, yes, I do work outside and with my husband. It's not only a blue job.

Q We refer to the same thing, my fiance and I. Has that -- has your ability to do all that gardening, you know, the weeding, has that changed at all as a result of the incident for which you brought this lawsuit?
A It's a diversion for it. I don't do as much anymore, but I do -- I do most of it or all of it or we have assistance, but most of it is done by me.
Q Have any modifications been made to your home since the date of the incident?
A Not to the actual home -- well, to the interior, we've just added a hot tub. The other day our hot tub was leaking. We have an interior hot tub, so it was leaking and we replaced that.
Q Are you -- do you claim that any of these modifications were as a result of the incident that is the subject of this lawsuit?
A No. None of them.
Q And you are currently married; correct?
A I am currently married, yes.
Q When did you get married?
A I got married on November the 13th, 1965.
Q Is that your only marriage?

A That is my only marriage.
Q Well, congratulations, then. That's quite an impressive marriage.
A Thank you.
Q Do you provide any financial support to your husband?
A When we first got married, I was 17, he was 19, and he came along with a lot of bills, insurance bills from cars, damaged cars, and so on and so forth, but we worked together, and we each shared financial support back and forth.
Q And you -- I'm sorry, let me just ask a few more questions. When you say you "shared financial support," do you mean that you just sort of, I guess, collectively group your income? You're not specifically providing him any financial support?
A That's correct. We have joint bank accounts, everything is joined.
Q Okay.
A We have no individual bank accounts. At least, he hasn't told me of any individual, and I know I haven't.
Q You mentioned one son. How many kids do you have?

A We have two children, both live within our -- our daughter lives within 5 miles of us, and my son, as I've mentioned, and his wife live on the property now. Our -- we have four grandchildren: three boys and a girl. All over the age of 20, and we have two wonderful great grandchildren: two and a half and seven months old.
Q Okay. Let me ask a few questions about your children. What is your son's name?
A My son's name is David John Mountain.
Q And what is his date of birth?
A His date of birth is April the 6th, 1966.
Q And Mr. Mountain is the biological father of both children?
A Yes, he is.
Q Okay. I apologize in advance if any of my questions appear to be rude, I'm not trying to, by any means. I just want to make sure we all understand.
A I -- I -- at 17, you don't do much exploring, thank you. Back in 1965, no.
Q And your son, David John Mountain, he lives with you on the property; right?

14

```
 1      A   Yes, he does.  Not in the main house,
 2   in -- in a separate building.
 3      Q   And what does he do for a living?
 4      A   He works for Bell Media, he's an IT
 5   specialist for Bell Media.  He's been with them
 6   for, I think, 24, 25 years.  He is set to retire
 7   April the 6th of 2024.
 8      Q   Congratulations, ma'am.
 9      A   Yeah.
10      Q   And he is married; correct?
11      A   He is married to Robin, yes.
12      Q   And does he have children?  I know
13   you've mentioned you have four grandchildren.  Are
14   any of them his -- excuse me, four children,
15   excuse me, grandchildren?
16      A   Yeah.  He has two boys, yes.  They are
17   the two youngest grandchildren.
18      Q   Okay.  And the two boys, they also live
19   with him in that separate building on the
20   property?
21      A   No.  Our -- his eldest son lives in
22   Stratford, which is 12 miles away, and his
23   youngest son is third year at the University of
24   Guelph, which is about a 40-minute drive from
25   here.
```

15

```
 1      Q   And are either of them the ones with the
 2   great grandchildren?
 3      A   No.  They're not, no.
 4      Q   Okay.
 5      A   No, neither are married.
 6      Q   Okay.
 7      A   Not that that makes any difference
 8   anymore.
 9      Q   And what about your -- your daughter?
10      A   Our daughter has two children.  She has
11   a daughter.  She is 29 years old.  She's married
12   and has the two great grandchildren, a son and a
13   daughter, and our daughter's youngest lives in St.
14   Mary's, which is 5 miles away, and he is a
15   professional engineer, working in the company that
16   our daughter and her husband run.
17      Q   And what's your daughter's name?  I
18   don't know if I got that.
19      A   Our daughter's name is Karen.
20      Q   Is that Mountain?
21      A   No.  She's Karen Michelle McGinnis.
22      Q   And what is her date of birth?
23      A   Her date of birth is February the 8th,
24   1967.  Yes, we were very busy after we got
25   married.
```

16

```
 1      Q   And do you see -- I guess, you see your
 2   son John very often?
 3      A   David -- David John.  We call him DJ.
 4      Q   Okay.  I presume you see DJ a fair
 5   amount since he's on the property there; right?
 6      A   Most days, yes.  We, you know, converse
 7   back and forth or if he's getting in his vehicle
 8   to go somewhere or I'm outside working.  Yep, I
 9   see both of them most days.  They also assist when
10   we travel.  They look after our little dog.
11      Q   Okay.  And what about his -- his two
12   boys, do you see them often?
13      A   Only on the weekends, if they're home
14   and unless we meet his eldest in Stratford for a
15   meal, and the youngest would come home from
16   university probably every second or third week,
17   and I will see him occasionally.
18      Q   Okay.  And what about Karen, do you see
19   her often?
20      A   I spent the day on Monday with her, yes.
21   I -- she's away most weekends at her cottage, but
22   during the week, we see them.  They have a factory
23   in St. Mary's that she and her husband run, and
24   we're back and forth there quite often.  We own
25   the building that the factory is in, so, yes,
```

17

```
 1   we're -- we're interactive with them.
 2      Q   Okay.  And what about her -- her two
 3   children, how often do you see them?
 4      A   Well, their son now works at the
 5   factory, so when we're in there, and quite often
 6   our grandson will come out to visit with his
 7   girlfriend and our daughter -- our granddaughter,
 8   we -- my daughter and I were visiting her and
 9   babysitting the grandchildren on Monday.
10      Q   Okay.
11      A   At least the granddaughter.  The
12   grandson -- great grandson was at daycare.
13      Q   Okay.  Has this instance a how often you
14   see your family, your relationship with your
15   family at all incident?
16      A   If -- if anything, it's -- it's
17   broughten [sic] me closer to my family.  It -- I
18   feel like I need to envelope them around me.
19      Q   I'm going to switch gears a bit and
20   just -- should be able to go through this somewhat
21   quickly, but what's your highest level of
22   education?
23      A   I went to grade 11 in high school, got
24   married, and then once the children were in
25   school, I proceeded to take accounting degrees for
```

5 (Pages 14 to 17)

18

```
 1  the equivalent of your CPA degree and got as far
 2  as the fourth level out of five into that and then
 3  we'd moved to Quebec where I was going to be
 4  forced to take my classes in French, and I don't
 5  speak French.  We moved to Quebec because we
 6  bought a business in Quebec and operated it for 10
 7  years.
 8      Q   What business was that?
 9      A   It was called Dudley Locks.  It was the
10  combination padlocks for high school lockers.
11  Well, for school lockers, gym lockers.  It was the
12  equivalent of the -- the, against Master Lock, we
13  had 95 percent of the Canadian school market which
14  Master Lock desperately wanted.
15      Q   I think I picked up someone else
16  speaking just now?  Is there someone else in the
17  room with you?
18      A   My husband is sitting at the end of the
19  table, yes.
20      Q   Okay.  That's fine.  I just want to ask
21  that he not speak to you or give you any testimony
22  that you might be providing.  I'm not going to try
23  to sequester or anything, but I just want to make
24  sure that your answers are yours alone.
25      A   Yes.
```

19

```
 1      Q   Okay.  And other than the accounting
 2  degrees, did you go to any other technical schools
 3  or any other schooling?
 4      A   I went to Western and took a couple of
 5  sociology courses, which I found very interesting.
 6  That was before I had taken -- started into the
 7  accounting courses, but the accounting courses, I
 8  had gone through high school and did quite well at
 9  accounting, so that was my forte.
10      Q   Okay.  And all this schooling, was this
11  in Canada?
12      A   Yes.
13      Q   Do you have any background or experience
14  in the military?
15      A   No.
16      Q   Do you have any background or experience
17  in the airline industry?
18      A   No.
19      Q   Do you have any background or experience
20  in nursing?
21      A   I nursed my husband after he had his
22  prostate operation.  That is all.
23      Q   But no formal training or any actual --
24      A   No.
25      Q   -- job experience in nursing; correct?
```

20

```
 1      A   Other than -- other than Saint John's
 2  ambulance courses or anything that were necessary
 3  when we went sailing because we were on our own to
 4  look after our own health.
 5      Q   What's involved in the Saint John's?  Is
 6  it Saint John's ambulance?
 7      A   Yes, it is.  Yes.  It's just a -- an
 8  emergency to kind of giving, if someone has a
 9  heart attack, how do you revive them?  If I see
10  symptoms of a stroke.  If someone is cut, what
11  should you do to stop the bleeding and, you know,
12  that -- that kind of thing, broken arm, how you,
13  how you manage that.  Which all can happen on a
14  sailboat when you're in the middle of nowhere.
15      Q   Sure.  Do you -- did you receive any
16  sort of diploma or certificate when you took that
17  course?
18      A   Just a general certificate, yes.
19      Q   How long was that course?
20      A   Oh, it was only, like, a weekend kind of
21  thing or two weekends.  We have not been sailing
22  for 10 years, and we sailed for 10 years, so other
23  than that, you know, taking my CYA courses,
24  sailing certificate, I have my captain's
25  certificate from sailplane.  Taken sailing
```

21

```
 1  lessons, that kind of thing.
 2      Q   And when did you do this ten-year ending
 3  trip?
 4      A   From 1996 until 2006.
 5      Q   And what type of boat was it, how large
 6  was it?
 7      A   It was a 43 on deck, 53 overall.  It was
 8  a Gozzard sailing yacht that was built 30 miles
 9  from us here in Canada, and we sailed it in the
10  Great Lakes and then took it to the Caribbean for
11  the balance of the time.
12      Q   How many helms are there?
13      A   One helm.
14      Q   And was it just you and your husband?
15      A   The first time offshore because we have
16  never sailed the Atlantic before -- I've never
17  gone offshore other than the Great Lakes -- we had
18  two crew with us, but after that, no, we were on
19  our own completely.
20      Q   And how long of the 10 years were the
21  two crew members with you?
22      A   Oh, just for the trip from Hampton,
23  Virginia to Tortola.  We left, I believe it was
24  the beginning of November, and we arrived, like,
25  10 days later, yeah.
```

Fernandez & Associates Court Reporters
305-374-8868    service@fernandezcr.com

22

1    Q    And of the 10 years, how long was spent
2  in the Great Lakes?
3    A    Just two seasons, two summer seasons,
4  1996 and 1997.
5    Q    And then from '97 to 2006, you were in
6  the Caribbean?
7    A    Yes, we were.  We took -- brought the
8  boat back.  We circumnavigated the Caribbean Sea
9  and brought the boat back to the Tampa area, St.
10  Petersburg and had it shipped back to Canada.
11  That was in April of 2001 and then we -- and we --
12  and that September, immediately after 9/11, we had
13  the boat shipped back up to Annapolis, Maryland,
14  and left again for the Caribbean from -- we sailed
15  it down through the intercoastal to Beaufort and
16  went offshore from Beaufort to Bermuda and then
17  again down to Tortola and started our journey
18  again.
19    Q    Do you know, approximately, how many
20  cities you might have stayed in during your trip?
21    A    Oh -- there were, no.  I don't know how
22  many cities.  I know we visited -- we sailed
23  19,000 miles and I can't recall how many countries
24  between and protectorates that we were in, but we
25  visited quite a number.  I mean, we were down the

23

1  chain of islands, all the way down to Trinidad,
2  across to Venezuela for the ABCs the out islands
3  of Venezuela, and into Cartagena, Colombia, to
4  Panama, the San Blas Islands, up to Nicaragua,
5  Honduras, Mexico, Guatemala.  We had a wonderful,
6  wonderful time.
7    Q    That's amazing.  During that time, I
8  mean, would you always stop at ports and eat, or
9  were you eating out there on the ocean or, you
10  know, how did you...
11    A    No.  When you sail from, say, Aruba,
12  with -- when you leave Aruba or you leave
13  Venezuela or you go to the out islands, you are
14  two, three, days, and the longest we were out
15  without seeing land of any sort was probably
16  seven, eight days, so, no, you don't -- you can
17  cook on board, you do three hours on, three hours
18  off.  Adjust the sails yourself.  You know, you're
19  sailing along and get your own weather reports,
20  you plan your trip.
21    Q    Would you -- would you pack food for the
22  seven or eight days, or were you guys fishing out
23  there?
24    A    Oh, we were fishing, yes.  Yes, we were
25  fishing.  We have food stores, you know, we've --

24

1  all kinds of things that -- I mean, we ate, just
2  as well as we do today.
3    Q    Did you do any fishing yourself?
4    A    My husband was the fisherman, but you
5  know, I handled the boat while he cleaned the
6  fish.
7    Q    Got it.  Okay.  Do you still have that
8  yacht?
9    A    No.  We don't, no.  The yacht was
10  getting older, we were getting older, so we
11  decided to become landowners.
12    Q    When, about, did you sell the yacht?
13    A    We sold it, like, four days after we put
14  it up for sale and it sold in 20- -- January --
15  no.  I can't remember what month it was in 2006.
16    Q    Do you have any other boats, or do you
17  go boating at all since 2006?
18    A    No.  Just only when we're going to our
19  daughter's cottage, and we go out on our picnic
20  boat.  That's the only time that we -- our son has
21  just bought a powerboat.  I have not been out --
22  out of the harbor on it.  We thought about
23  continuing sailing or getting a motor yacht of
24  some sort, but we never really -- never interested
25  us.  We've been there, done that.  Let's get on

25

1  with the next adventure.
2    Q    Okay.  So this incident hasn't affected
3  your interest or ability to go boating or fishing
4  or yachting or anything like that?
5    A    No.  Because we hadn't done it for a
6  length of time, since we sold the boat.
7    Q    Okay.  Now, I want to switch gears a
8  little bit.  Are you currently employed?
9    A    No.  But I look after the accounting for
10  our holding company and produce the financial
11  statements for our -- the businesses that we --
12  you know, the other associated businesses that we
13  have.  I do not get paid for it, so -- but it is
14  my job to do that.  I own half of everything, so I
15  make -- both of us make sure.  Both my husband and
16  I make sure that anything that is submitted is
17  quality and of legal content.
18    Q    Okay.  And you're not making a wage
19  claim as a result of this incident; right?
20    A    No, I'm not.
21    Q    Just to confirm, you're not claiming any
22  lost past wages; correct?
23    A    No, I'm not.
24    Q    And you're not claiming any loss of
25  future earning capacity; right?

26

```
 1     A   No, I'm not.
 2     Q   Okay.  What are those other businesses
 3  that you mentioned that you -- that you guys
 4  owned?
 5     A   We own -- Mountain Holdings is the
 6  corporation that holds our investments and all of
 7  our -- all of the businesses are owned by Mountain
 8  Holdings, with the exception of my husband's
 9  airplane, which is a separate corporation.  We
10  have a smaller part in the building that is part
11  of the real estate business, and the manufacturing
12  plant that our daughter and her husband operate.
13  As well as our -- this is our farm and we rent the
14  farm, the available land that is available for
15  planting.
16     Q   Okay.  So you -- trying to summarize
17  that.  So you have Mountain Holdings, which then
18  has a real estate business at the manufacturing
19  plant, and you also separately rent out the farm?
20     A   Yes.  And we have the apartment
21  building, which is a separate corporation as well.
22  And then our -- I've forgotten our home in Florida
23  is a partnership between my husband, myself, and
24  the real estate company that owns -- that is owned
25  by Mountain Holdings.
```

27

```
 1     Q   Where is that home in Florida located,
 2  what's the address?
 3     A   12923 Pond Apple Drive East, Naples,
 4  Florida 34119.  It's located in Quail Creek
 5  Estates in Naples.
 6     Q   Okay.  With respect to that
 7  manufacturing plant that you referenced, what does
 8  it manufacture?
 9     A   It's a tool and die manufacturing
10  facility.  My son-in-law -- or our son-in-law is a
11  machinist tool and die maker and just an
12  incredible, almost an artisan when it comes to
13  making and planning equipment and producing
14  something from drawings.  A lot of it is military
15  for General Dynamics.  They have done extremely
16  well.  They started it, the business from nothing.
17  And he's brought it up to, probably, I don't know,
18  four, five, seven, million a year in -- in
19  revenue.
20     Q   Wow, that's very impressive.  Do you
21  have any hands-on involvement in that business at
22  all other than, as you mentioned, kind of the
23  accounting for the holdings company?
24     A   My husband and I own shares in the
25  business.  A very small amount of shares.
```

28

```
 1     Q   Okay.
 2     A   17 percent or something of that nature.
 3     Q   What I mean by "hands-on," do you
 4  actually show up and do any work there on the
 5  premises?
 6     A   No.  No, I do not.  In the beginning, I
 7  did assist with the accounting, yes.  But not --
 8  not now.  It's -- the accounting there now is far
 9  too advanced for me.  They use a -- an accounting
10  system that dances around a lot of other
11  organizations.
12     Q   And what about the real estate business?
13  Do you have any hands-on involvement with that
14  other than, you know, providing the accounting for
15  the holdings company?
16     A   We go in and look after the tree
17  trimming and shrub trimming and making sure that
18  the facility is acceptable for our tenants and all
19  of the upgrades that are done that are necessary.
20  Our daughter, who is -- also is -- is the
21  controller at the manufacturing business, she
22  supervises the apartment building, and we just --
23  you know, she'll come and ask us what we think
24  about a renovation to an apartment or something of
25  that nature, but other than that, we don't have
```

29

```
 1  daily or weekly or even monthly interactions with
 2  that.
 3     Q   Is it a single apartment building?
 4     A   It is a standalone apartment building
 5  with 17 apartments in it.
 6     Q   And where is -- what city is that
 7  located in?
 8     A   It's in St. Mary's, Ontario, 5 miles
 9  from our home.
10     Q   Okay.  And what about when you rent the
11  farm, do you have any hands-on involvement with
12  that?
13     A   Other than depositing the check and
14  entertaining the Mennonite family that rents it
15  from us to coffee when they come to give us their
16  check and -- that's the only involvement we have
17  with it, really.
18     Q   Okay.  And you mentioned that your
19  husband has an aircraft, which is a separate
20  business.  What's involved with that?
21     A   What's involved with it?
22     Q   Yeah.  What aircraft does he own and how
23  is it a business?
24     A   He owns a Cessna T182T, that right now
25  is being repaired.  It had some flecks of metal in
```

8 (Pages 26 to 29)

30

1  the oil, and they're deciding on replacing the
2  crankshaft, and so I'm not right up on the
3  mechanics on it.  I know that it's not flyable
4  right now.  There's no motor in it right now.
5      Q   Okay.  And how is that a business?  Do
6  you rent out the aircraft, or do you take people
7  up yourselves for lessons on things?
8      A   No.  We -- it -- it -- we use it for
9  personal and take a taxable benefit.  We rent the
10 aircraft from the aircraft company that we set up
11 and pay the expenses and then get an allowance to
12 do that.
13     Q   Do you have a pilot's license?
14     A   I do not have a pilot's license.  My
15 husband has his private pilot's license.  We use
16 the plane to go back and forth to Florida and to
17 just go around, trips, short trips around.
18     Q   When is the last time you used that
19 aircraft, the Cessna T182?
20     A   August, I would say, yes.
21     Q   August 2023?
22     A   Yes.
23     Q   Where did you go?
24     A   We went to a resort town, an airport
25 called Casino Rama up near Orillia, Ontario for

31

1  lunch.  We would, quite often, for breakfast or
2  lunch, fly somewhere, occasionally, meet with our
3  friends if they had cottages or, we'd fly for a
4  weekend, but we went for breakfast this time.
5      Q   This incident hasn't affected your
6  ability to function or your interaction with any
7  of the holding company, or its separate
8  businesses; right?
9      A   Has it affected?  I'm getting forgetful,
10 distracted.  Everything takes much more to
11 concentrate on since the incident.  Other than
12 that, I can't -- I can't elaborate on how it's
13 really --
14     Q   Well, other than, you know, becoming
15 more forgetful or distracted, has it affected your
16 ability to do the accounting that you described
17 earlier?
18     A   It takes me much more time to do it,
19 much longer to do that.  I -- I do have to
20 seriously concentrate.  The thought of the -- I do
21 all the government filings and everything, and
22 I -- I have made mistakes of recent, and it's
23 difficult in Canada to correct those, as any
24 government -- working with any government
25 sometimes is.

32

1      Q   Okay.  And what about the Cessna T182,
2  this incident hasn't affected your ability to --
3  to fly; right?
4      A   I'm with my husband.
5      Q   Yeah.  I didn't mean -- sorry, let me
6  correct that.  It hasn't affected your ability to
7  be a passenger in an aircraft; right?
8      A   Oh, I feel totally safe with him around,
9  with him flying, yes.
10     Q   And what about, you know, prior to these
11 holding companies?  Can you briefly run down what
12 you did for your employment, you know, just your
13 employment history?
14     A   I started working for my husband.  At
15 first, he needed someone back in the early '70s to
16 do some accounts receivable collections for a
17 company that he worked for with Dylan Scofield at
18 the time, and I went in to concentrate on phoning
19 and making collections to people in the needle
20 industry and -- and then after that, I had to be
21 the lowest paid in the office, of course, and no
22 overtime.  But after that, I left and I went to
23 work for a trucking company as accounts payable
24 clerk, and from there, I -- I left and went to a
25 factory in Stratford where I was the confidential

33

1  controller to the -- or confidential secretary to
2  the controller, and when they were leaving
3  Stratford, I went to a farm equipment company
4  and -- and was the accounting manager there and
5  did all of that.  I -- when we moved to London, I
6  was accounts payable supervisor at a hospital in
7  London, and when we moved to Burlington, Ontario,
8  I received a job as -- as a general accountant for
9  a winery in the Niagara Peninsula.  And from
10 there, I was accounts payable manager at region --
11 regional government offices, and then we bought
12 our business and moved to Quebec, where I did all
13 of the finances.
14     Q   So it seems like most if not all of
15 these jobs were accounting or accounts payable; is
16 that fair?
17     A   Accounts payable, accounts receivable,
18 general accounting, yes.
19     Q   Did you have any employment in any other
20 capacity other than as an accountant or accounts
21 payable?
22     A   When I was a -- before marriage, I was a
23 waitress in a restaurant.
24     Q   Okay.
25     A   Other than that, no.

9  (Pages 30 to 33)

34

1    Q   Okay.  And when you were working in a
2  hospital, you didn't have any other roles or
3  interact with any of the patients; did you?
4    A   No, I did not, no.  No.  I was strictly
5  in the accounting.  I had a staff at the boat,
6  eight, possibly.  In the early '80s, so it's quite
7  a long time ago.  The only time that I had
8  interaction with the -- other than my own staff or
9  the accounting department, was the department
10  heads and the doctors with their budgets for
11  research and that kind of thing, and the dialysis
12  patients would come and their drivers would come
13  for checks to the office.
14    Q   Okay.  And is it -- I know it won't be
15  the same exact capacity, but with respect to the
16  factory or the farm, were you, again, kind of
17  limited to account -- or accounting, or did you
18  actually have any other roles or, you know,
19  interaction in the factories themselves or, you
20  know, around the farm?
21    A   No.  The farm is our personal and, no.
22  I don't -- I don't do any of the planting or
23  anything like that.  I never went into the factory
24  and did any of the manufacturing or made any -- it
25  was not my job to do any decisions or anything.  I

35

1  was only there as for, say, a teacher to assist
2  our daughter in doing accounting.
3    Q   Okay.  What would you say your hobbies
4  are?
5    A   My hobbies.  I do needlepoint, I do
6  knit.  I crotchet.  I embroider.  I play golf.  I
7  occasionally go to the gym, not as much as I
8  should, but I like to travel a lot.
9    Q   Okay.  Do you have any other interests?
10    A   Our dog and decorating.
11    Q   Don't worry.  That's a much longer list
12  than I would have been able to provide.  I wasn't
13  trying to make it seem like you had to add
14  anything else.  Okay.  Are you able to do all of
15  those hobbies and interests today?
16    A   I find that I -- I haven't done as much.
17  I've just recently started -- since we have the
18  grandchildren and great grandchildren, I've been
19  doing more crafty type things with them.  But not
20  of recent.  That has declined substantially.  The
21  traveling is getting -- well, because of the world
22  situation, traveling is getting less to the places
23  that we would like to see.  David and I came from
24  very middle-class families, I from -- we have
25  less -- less money in my family.  So we never got

36

1  to travel anywhere.  So for us to be comfortable
2  enough to do the traveling that we want to do
3  is -- we find it great, a great experience and
4  it's -- I'm reluctant to -- although, we are going
5  to India in the end, and I am
6  determine to continue doing my travel.
7    Q   Okay.  Is there anything physically
8  preventing you from doing any of your hobbies?
9    A   I don't think so.  Other than I
10  cannot -- I can't sleep.  When I'm flying
11  overnight, I have a hard time sleeping anymore at
12  all.  It's taking a toll on -- since my husband
13  worries about me constantly, I worry about me,
14  too, but --
15    Q   Okay.  How often would you needlepoint
16  or knit, crotchet, or embroider?
17    A   Oh, both homes are filled with
18  needlepoints.  I probably did -- the needlepoints
19  that I normally do are massive.  They are
20  probably, you know, 20 inches by 3 feet or so.  I
21  do them -- I used to do them as gifts for friends.
22  I -- you know, any friend that I have that -- that
23  has breast cancer, I do a replacement breast, so
24  that they can put into a regular bra and not have
25  to have, you know, an insert that is very hard on

37

1  their skin.  I, you know -- I've tried to do more
2  social help in the community.  We do two
3  fundraisers here every year, so those are
4  getting -- since the incident, I -- I haven't
5  wanted a lot of people around.  And I -- of
6  course, the community organizers are always
7  wanting to know when we're doing it, when can we
8  make -- when can they make -- we make the property
9  available for them.  And, you know, the local
10  church needs so much assistance and so we're --
11  I'm trying to do that kind of thing, but I -- it's
12  harder and harder for me to go amongst strangers
13  and --
14    Q   Okay.  And with respect to these
15  fundraisers, when did you -- when did you start
16  doing those?
17    A   We started the first fundraiser which is
18  a -- excuse me, I need to...
19    Q   Sure.  Sure.  Yeah.  Take your time.
20    A   The first fundraiser that we started was
21  to support the local church up the road that's
22  been closed since 1968.  And we had moved back
23  into the community, but we were still operating
24  our business in Quebec, so we were driving back
25  and forth here for a week, and there for two

38

1 weeks, here for a week, back and forth for just
2 about a year and a half, and maybe it was longer
3 than that, actually. And we -- when we were away,
4 we were concerned because we're out in the
5 country, we're 5 miles from any -- we can't even
6 see our neighbors, 5 miles from the town. So it's
7 a small community. It's a community where David
8 grew up. There are no houses. We cannot even see
9 our neighbors' homes, and we were concerned with
10 security, although we had a security system. Who
11 knows. So we had a fundraiser to get to know the
12 families that have -- that are living around us
13 again. Because a lot of the families have -- the
14 farms had passed down through the generations, and
15 the kids were coming along and taking over them.
16 And we hadn't seen these children since they were
17 little. So we invited the two roads. Either side
18 of us and the -- you know, both north and south
19 and east and west, and we ended up with, I think,
20 195 people here for -- for dinner and we charged
21 an admission fee. And -- and, you know, just a
22 nominal amount of money, 5 or $10 or whatever, and
23 all the funds that were collected went to the
24 local church up the road for the restoration of
25 the building. And as time went on, we continued

39

1 to have that every year. And we still have that
2 fundraiser. Still supporting the local church.
3     Q   Uh-hum.
4     A   And then David's sisters, his one sister
5 has had breast cancer, and she was a member of a
6 group in Stratford called Wellspring, and the
7 Wellspring was an organization just starting up in
8 support of cancer patients, and they asked us if
9 we would hold a fundraiser on their behalf. They
10 would do all of the work, and all we had to do was
11 just make the property available. So we've been
12 doing that now, for, gosh, I can't recall how long
13 it's been, 10 years. The people that are --
14 attend that, a lot of them we don't even know.
15 They come from Stratford or they're families of
16 those that had cancer or want to support the
17 group, and they serve 200 -- 200 people every
18 year, plus the -- the volunteers that help to
19 serve, so there's about 220 meals. Everybody
20 brings their lawn chair and sits around the
21 grounds, and we get letters of thank you and what
22 a beautiful property we have and how much they
23 appreciate it.
24     Q   So it -- and correct me if I misstate
25 anything, but it seems like you kind of do two

40

1 separate fundraisers, one for the church and one
2 for cancer?
3     A   That's correct.
4     Q   And you've been doing the cancer one for
5 over 10 years?
6     A   Yes. Yes, we have.
7     Q   And you still do that this year, going
8 forward?
9     A   This year, it was done again, very, I --
10 I didn't want to do it, but I knew it was
11 important to do. These things are people in need.
12 It's important to support them, so I -- I worked
13 hard and -- yeah. Now, for that, we don't have to
14 make any of the food or anything of that nature.
15 We merely have to have the lawns and gardens
16 prepared and planted, and, you know, make
17 everybody welcome.
18     Q   And what about the church fundraiser?
19 When did you first start that?
20     A   Oh, that was back in probably late 1991,
21 1993.
22     Q   All right. And you're still doing those
23 annually?
24     A   Yes, we are. It's expanded now because
25 these families leave the farm. They still want to

41

1 come back and then there's new families, new
2 immigrant families taking over farms, and so they
3 all come and it's still -- I think this year we
4 had probably 170 people here. All at once this
5 time because it poured rain, everyone came, and
6 they all stayed from the time they arrived at 5:30
7 right through until about 9:30 at night, just
8 interacting with everyone. It was very much --
9 very nice.
10     Q   Are you providing food to everyone, is
11 it, like, a meal?
12     A   We provide for the -- we don't do any
13 food for the Wellspring cancer fundraiser. For
14 the neighborhood barbecue, is what we call it, we
15 provide the pork chops, we just smoke pork chops
16 on the barbecue, I do all the baked potatoes, I do
17 rolls, butter, any condiments for the table,
18 coffee, tea, the -- you know, sliced tomatoes and
19 then the -- people that attend, all the neighbors
20 that attend, bring either -- either or, a dessert
21 or a -- a salad for everyone to share.
22     Q   Are you personally cooking for all those
23 100 -- 200 people? The rolls and coffee and tea
24 and all that?
25     A   I don't make the rolls. I buy the

11 (Pages 38 to 41)

42

1    rolls.
2       Q    Okay.
3       A    I did cook the small pork chops on the
4    barbecue, two large barbecues.  I do all the baked
5    potatoes in the -- we have -- let's see, four
6    ovens on the property, between the condo and we
7    have a little kitchenette in -- downstairs in the
8    barn where we have seating, open seating for 100
9    people at a time.  166 showed up this year.
10      Q    Wow.
11      A    We have a big awning that we put out
12   front that shelters people from the rain and...
13      Q    Well, that's quite an event.  Are you
14   guys serving alcohol for these events?
15      A    No, we do not serve the alcohol.  It --
16   they are too -- other than lemonade, coffee, and
17   tea, they -- if they want any libations of any
18   sort, that is their choice.
19      Q    Right.  It's a bring-your-own beverage?
20      A    We do not -- we do not provide it.
21      Q    Okay.  And you mentioned -- I know we
22   touched base on this, your needlepoints and them
23   being pretty large, how -- how often, you know, in
24   a given week would you say that you're doing one
25   of these hobbies, needle work, crotchet?

43

1       A    I can't sit down in front of a TV in the
2    evening or in the morning when I get up without
3    having something in my hand.  I must either be
4    reading, I must either be having needlepoint or
5    knitting or crocheting or whatever.  I do a lot of
6    homemade gifts for Christmas.  I think they're a
7    little more personal, so I try and provide,
8    especially for the grandchildren and great
9    grandchildren.  I try and do something of a very
10   personal nature.
11      Q    Okay.  And that's -- how often you do it
12   today?
13      A    Not as much anymore, no.
14      Q    How much would you say you do, you know,
15   this type of work today?
16      A    I'm getting back into doing the great
17   grandchildren now, but as far as great
18   grandchildren, no, I don't do it.  You know, I've
19   done a sweater for our great grandson.  I have
20   a -- my daughter-in-law has a -- friend who is
21   expecting a baby in December, so I'm working on
22   booties and a bonnet for that -- for her to give.
23   I've made a little dress for our great
24   granddaughter.  A couple little pairs of mittens,
25   but other than that, nothing, you know.

44

1       Q    Do you still needlepoint, knit,
2    crotchet, or embroider every day?
3       A    No.
4       Q    Prior to the incident, would you
5    needlepoint, knit, crotchet, or embroider every
6    day?
7       A    Yes.  I used to take it with me every
8    time when I travel.  In fact, I do, still do, to
9    help relax.
10      Q    So then if not every day, then, how
11   often would you say that you needlepoint, knit,
12   crotchet, or embroider?
13      A    Now, it would probably be twice, three
14   times a week, maybe.
15      Q    And what are you -- if anything, doing
16   with the time that you would have spent
17   needlepointing or crocheting today?
18      A    Trying to catch up on my sleep.  I'm
19   doing the accounting work that keeps me -- takes
20   me longer.  I -- you know, doing research on
21   various things that I might want to think about
22   doing or buying or seeing.  You know, if there's
23   a -- a play come up, like, in Naples, we are
24   members of Artis-Naples, whether there's anything
25   there that we want to attend, making meals.  Takes

45

1    me longer to make a meal.  I try and have -- I try
2    and have someone from the family out for dinner,
3    at least once a week.  I don't life to go to
4    restaurants very much anymore.  I try and have --
5    I haven't had any friends over for a meal since
6    September.  It used to be a regular thing.  Used
7    to hold a cocktail party every year for,
8    approximately, 100 people in our home before
9    Christmas.  We didn't do it last year.  I don't
10   think we'll do it this year.  And if we do, do it,
11   it will be very scaled down.
12      Q    You -- I assume that you didn't do that
13   party the last several years because of COVID; is
14   that right?
15      A    That's correct, we didn't do it because
16   of COVID, no.
17      Q    And with respect to your travelings, you
18   said you travel a lot.  How often in a year would
19   you travel?
20      A    Two large trips a year, pretty much.
21      Q    Has that changed at all?
22      A    Well, we're doing two this year.  The --
23   the one we did in the spring was a leftover credit
24   from COVID that we had to use up this year.  I
25   really didn't want to go, but I didn't want to

Fernandez & Associates Court Reporters
305-374-8868    service@fernandezcr.com

46

1  disappoint the friends that we had arranged it
2  with, so we went on that trip.
3     Q   And when you say "large trip," what do
4  you mean by that?
5     A   Well, last year, when we went to the
6  Middle East, we did Jordan and Egypt, and I did
7  the -- the extension, I planned -- and I was the
8  one that wanted to do the extension to Dubai, and
9  therefore, that was why we were flying Emirates
10  Air and --
11     Q   I guess -- sorry.
12     A   And those are -- they're expensive,
13  they're expensive trips.  That's what I mean by
14  big trips.  Usually, they're anywhere from two and
15  a half to three weeks to a month.  When we went to
16  New Zealand, we added on a cruise in Tahiti, and
17  we were away for a month traveling.  They're
18  expensive trips.  We like to travel very
19  comfortably and I -- the trip to -- to India was
20  one that I -- I didn't want to do for years and
21  years and years until we had gone on the Tauk Tour
22  with the Tauk tour company group last year, and
23  the trip portion to Jordan and Egypt were so
24  wonderful, that we -- people that were on, other
25  travelers, when they talked about the number of

47

1  Tauk Tours that they've been on.  And we said to
2  them, what were the two best ones that you were
3  ever on, and they said Africa and India.  And we
4  thought, well, that -- you know, okay.  I only
5  wanted to do it previously by cruise ship because
6  then I could go back to the cruise ship, and I
7  could have -- if I didn't want Indian food or
8  whatever, then I was afraid of the -- of what it
9  would be, but this tour group is so good that I'm
10  not -- I'm still concerned about flying to -- to
11  India, because I know I won't sleep, and that's
12  why we have to go two days early because David
13  doesn't want me exhausted when the tour starts.
14  We're leaving on the 29th of October.  The tour
15  doesn't start until the afternoon of November the
16  1st.  But he knows, from experience, since the
17  return from Dubai, I can't sleep on a plane.  I
18  can't -- I can't -- I can't relax, I have to go
19  extra time to try and build up my strength to do
20  the rest of the trip that we both want.  We both
21  want to -- to see the big, wide world out there,
22  and we're financially set to do that, but this is
23  deterring that kind of thing.
24     Q   Okay.  And how long is that trip
25  scheduled to last?

48

1     A   We return to Canada on the 19th of
2  November.
3     Q   Are you traveling anywhere else other
4  than India?
5     A   No, not this year.
6     Q   Okay.
7     A   And we haven't planned anything for next
8  year either.
9     Q   Have you been to India before?
10     A   No, we have not.
11     Q   Okay.  All right.  We've been going
12  about an hour and 15.  Do you want to take a short
13  break?  Just, you know, want to kind of switch
14  gears and start some questions about the incident
15  itself.  So maybe this is a good breaking point
16  for everyone.
17     (Off the record.)
18  BY MR. THORNTON:
19     Q   We're back after a short break.
20  Ms. Mountain, you're ready to continue?
21     A   Yes, I am.
22     Q   I'd like to shift gears and talk about
23  kind of the incident leading up to it.  Can you
24  describe the day leading up to the incident
25  itself?

49

1     A   What happened during the day; is that
2  what you're...
3     Q   Yeah.  Just basically what you did, what
4  time you woke up.  Just run me through that day.
5     A   We were up at normal time, went down for
6  breakfast.  Normal time would be 7:00, my husband
7  does exercises every morning, we -- while I have
8  coffee and watch him, and then we go down and have
9  a light breakfast, and we go out and walk around
10  for a little bit and come back and finish packing.
11  And at 7:00, the restaurant downstairs in the
12  hotel -- we stayed at the Pullman Hotel.  We went
13  down there and had a very nice dinner, and then
14  our driver wasn't picking us up until 11:00, so we
15  had extended our room time, of course, and went
16  down and waited for the driver to arrive.  We -- I
17  think we went down about 10:30, and we came,
18  dropped us off at the -- took us to the airport,
19  dropped us off, everything was fine.  We got in,
20  got around -- through security and checked in to
21  get our boarding passes, and there was a delay
22  there because when Emirates Air had canceled the
23  flight to -- when we were leaving at the origin of
24  the trip, they canceled the flight, and we had to
25  take a -- I believe it was a day early -- earlier

50

1   flight and arrived in Amman, Jordan eventually.
2   And when they -- when we had booked it all through
3   Tauk Tours, when they did that, somehow it got
4   screwed up, the number of bags that we were
5   checking, so there was a delay getting our
6   boarding passes with the number of bags for some
7   reason.  Even though we were in executive class
8   and I was shocked at that, but we were quite a bit
9   of time standing and waiting and then went through
10  and up to the lounge for a -- I had a soft drink
11  in the lounge.  And or -- because we were not
12  boarding until -- and were delayed as well, we
13  weren't boarding until about 3:00 in the morning.
14  Then we got on the plane.
15      Q   Okay.  Let me share my screen with you.
16  I'll mark this as Defendant's Exhibit 1.
17          (Exhibit 1 was marked for
18  identification.)
19          MR. THORNTON:  Jessica, it says the host
20  disabled, participant screen sharing.
21  BY MR. THORNTON:
22      Q   I'll share my screen, which is
23  Defendant's Exhibit 1.  Let me know if you can see
24  this.
25      A   Yes.

51

1       Q   Okay.  I'll represent that these are
2   documents that were produced in response to
3   request for production, which are Bates-stamped,
4   Mountain 9 through 12.  Do you -- do you recognize
5   this document?
6       A   Yes, I do.
7       Q   What is it?
8       A   It is the itinerary from Tauk Tours of
9   our flight arrangements to Dubai and then on to
10  Amman and from Cairo, Egypt to Dubai.  A stay over
11  in Dubai and direct flight from Dubai to Miami.
12      Q   Okay.  And on Mountain 11 on the bottom
13  of page 3, it says there's a flight on Emirates on
14  November 9th; is that the subject flight?
15      A   Yes, it is.
16      Q   Okay.  And this was -- it says it left
17  from Dubai National Airport at 3:25 a.m.; is that
18  correct?
19      A   Yes.  But we did not leave, I do not
20  believe until around -- I know we worked in late,
21  3:50 or -- I don't think we even boarded until
22  close to that time, but I could be wrong.
23      Q   So it was scheduled to depart at 3:25,
24  but you were delayed for some period of time.  You
25  might not have departed until 4, 3:50?

52

1       A   Yeah.  Yes, that's correct.
2       Q   All right.  And it says here, the
3   request for 6J and 6K, did you -- did you receive
4   the posed seats that you requested?
5       A   No.  They gave us a different one and
6   I -- I have the actual in my possession.  I do
7   have the actual ticket stubs.  Was it -- I -- I...
8   Oh, yup, I have the actual ticket stub.  We were
9   in 6A.  I have a ticket stub with 6A and 6C.
10      Q   Okay.  And who is seated in 6A?
11      A   A is the -- I believe the -- it is made
12  out in my name, and it is the window seat.
13      Q   Did you actually sit in 6A, the window
14  seat?
15      A   I sat in the window seat, if it is so
16  labeled 6A.
17      Q   Okay.  And then 6C, is that the aisle
18  seat?
19      A   That is the seat next to the aisle, yes.
20  And it's right at the bulk head.
21      Q   And who sat in 6C?
22      A   My husband, David, sat in 6C, or he sat
23  in the aisle seat next to me.
24      Q   Okay.  Okay.  So you woke up around 7
25  a.m.  Sorry, I'll stop sharing.  And you had

53

1   breakfast.  Did you have any drinks with
2   breakfast?
3       A   Coffee.
4       Q   Okay.  No alcohol; right?
5       A   Not with breakfast, never.
6       Q   Okay.  And did you -- did you have lunch
7   at the hotel or anywhere else?
8       A   I don't recall that day if we had lunch
9   at the hotel or if we went out to one of the -- we
10  would -- we went out for a walk, and I don't
11  recall if we stopped for lunch.  We did not take a
12  tour that day.
13      Q   Did -- do you know if you had any drinks
14  at lunch?
15      A   No.  We don't drink at lunch either.
16      Q   All right.  And then you said you had
17  dinner; is that around 7:00 p.m.?
18      A   Yes.  I don't believe the rest -- it was
19  a new restaurant, and I believe they were just
20  opening for dinner, beginning at seven.
21      Q   Was it in the hotel?
22      A   Yes.  It was right in the hotel.
23      Q   Okay.  And did you have drinks with
24  dinner?
25      A   I had a glass of white wine.

14  (Pages 50 to 53)

54

1     Q   Anything else?
2     A   No.
3     Q   And what time did you check out of your
4  hotel?
5     A   I believe we went down around 10:30, I
6  believe our pickup time was 11:00 p.m.  I -- I
7  believe we went downstairs and turned our keys in
8  around 10:30 in the evening.
9     Q   And did you head directly from the hotel
10  to the airport?
11     A   Yes.  The driver picked us up at the
12  hotel and we went direct, no stops.
13     Q   How long was that drive?
14     A   Half an hour, maybe.  I -- I don't
15  recall more than that.  It's not that -- really,
16  they travel so fast, it's...
17     Q   So did you arrive at the airport around
18  11:30 p.m.?
19     A   Midnight at the very latest, I believe.
20     Q   Okay.  And what were you wearing?
21     A   I was wearing slacks and a sweater and
22  carrying a jacket.
23     Q   What kind of shoes were you wearing?
24     A   Black leather shoes.
25     Q   Were they lace-up, were they heels, or?

55

1     A   No.  They're slip on, they're slip-on.
2  I try and wear slip-ons at the airports because
3  you never know which ones want you to take your
4  shoes off anymore and which ones don't.
5     Q   That's a good idea.  Were you wearing a
6  shirt or anything else underneath the sweater?
7     A   No.
8     Q   Okay.  Do you still have all that
9  clothing?
10     A   No.  I threw the pants away and the
11  socks.
12     Q   Okay.  Our -- I notice you're wearing
13  glasses now, and your answers to interrogatory
14  indicate that you were prescribed glasses in
15  August 2021; is that right?
16     A   I had a prescription for glasses for
17  quite a length of time.  I renewed the
18  prescription in August of 2021, and it is still
19  the same prescription.
20     Q   Were you wearing glasses on the day of
21  the incident?
22     A   Yes.  Until we reclined to go to sleep,
23  yes.
24     Q   And when you reclined to go to sleep,
25  did you take them off?

56

1     A   Yes.
2     Q   Did you put a mask on?
3     A   No.
4     Q   Why do you take them off?
5     A   I don't sleep in my glasses.  They
6  are -- I'm afraid of breaking them if I turn the
7  wrong way or anything.
8     Q   Okay.  What is your prescription?
9     A   Prescription, it's -- for distance, it
10  is not, no.  My prescription is brought close,
11  because I do the needle work.  My -- I have, like,
12  a 150, 125 plus.  It's not a strong prescription,
13  they are bifocals, though.
14     Q   Were you traveling with your husband,
15  you know, getting to the airport and --
16     A   Yes.  Yes.
17     Q   Were you traveling with anyone else?
18     A   No.
19     Q   And you went to the -- so you got to the
20  airport around 11:30, 12, and there was some delay
21  with your -- with your baggage.  About how long
22  was that delay?
23     A   That delay had to be half --
24  three-fourths of an hour anyway.
25     Q   Okay.  So you got to the airport around

57

1  11:30, 12, and then you've gotten through security
2  and checking in at around 12:30ish?
3     A   Somewhere around that time.
4     Q   Okay.  And then you went to the lounge;
5  right?
6     A   That's correct.
7     Q   Is that the Emirates lounge?
8     A   Yes, it was.
9     Q   Did you have any drinks while you were
10  at the lounge?
11     A   Just a soft drink.
12     Q   You were there from 12:30 until at least
13  3:30; is that right?
14     A   No.  I -- I don't like not knowing where
15  our gate is for sure, and I always insist on
16  leaving.  If we're to board, say, at 3:30, I
17  always like to leave at least 15, 20 minutes,
18  maybe even a half an hour to make sure I know
19  exactly where I'm going and that we have
20  everything with us, and we're not going to end up
21  fumbling to a different gate because it changed
22  gates with the planes or anything, so we always
23  leave early.  We -- we went to the gate early.
24  We're told it was delayed, and I believe we went
25  up an escalator and it's a big hallway, like, a

Fernandez & Associates Court Reporters
305-374-8868    service@fernandezcr.com

58

1  big empty hallway to get on the Emirates flight --
2  the boarding area where we were.  And there were a
3  few benches there, but really, it wasn't -- it
4  wasn't like a lounge or seated area for general
5  seating to board the plane.
6       Q    Okay.  So if you left, let's say you
7  left 30 minutes early, you would have been in the
8  lounge from around 12:30 to around 3:00 a.m.?
9       A    I would -- I would say -- I would say
10  yes to that, yes.
11      Q    Okay.  And then you made your way to the
12  gate, and did you just stay there or in that area
13  for the delay?
14      A    We stayed right outside of the boarding
15  gate, yes.
16      Q    Okay.  And how long were you around the
17  gate before boarding?
18      A    Twenty -- 25, 30 minute, maybe.  Half an
19  hour at the maximum, I would say.
20      Q    Okay.  At any time from the moment you
21  got to the airport, including the lounge and
22  waiting at the gate, did you notice the other
23  passenger that was involved in this incident?
24      A    No.  I -- I don't -- I still would not
25  know -- I would not recognize him now.

59

1       Q    Okay.  So you never spoke to him prior
2  to boarding the aircraft; right?
3       A    No.
4       Q    You didn't see him at the lounge at all?
5       A    Not in the lounge we were in.  It was
6  very, very sparsely populated.
7       Q    You never noticed anything about him
8  prior to boarding the aircraft?
9       A    No.
10      Q    Did you board the aircraft with the
11  other passengers that were in business class?
12      A    We boarded as soon as they allowed us to
13  start boarding, yes.
14      Q    And you didn't board early or late for
15  the aircraft for any reason?  Like, you didn't,
16  you know, require wheelchair assistance --
17      A    No.
18      Q    -- or any sort of special boarding
19  process; right?
20      A    No, we did not, no.
21      Q    Okay.  And you requested seats 6J and K,
22  but you were seated in 6A and C by the bulkhead;
23  is that right?
24      A    Yes.  Well, both -- both seats are,
25  they're all in the same aisle, but the -- six --

60

1  are both seats, we were in bulkhead seats, the
2  same row, but on the opposite sides of the plane.
3       Q    Yeah.  So are A -- are seats 6A and 6C
4  next to each other?
5       A    Yes, they are.
6       Q    Okay.  And those are both bulkhead seats
7  in the business class of the aircraft?
8       A    That's correct.
9       Q    And you were seated in the window seat?
10      A    I was.
11      Q    And your husband was seated in the aisle
12  seat next to you?
13      A    Correct.
14      Q    Okay.  And the 6A seat would be the one
15  that's closest to the door in which the passengers
16  enter the aircraft?
17      A    No.  Because there's a bulkhead there.
18      Q    Okay.  So on what side of the aircraft
19  did you -- did you enter?
20      A    On the same side as our seats.
21      Q    Okay.  And there's no middle seat
22  between 6A and C; right?
23      A    No, there is not.
24      Q    Okay.  Can you describe the orientation
25  of the seating of the business class, in other

61

1  words, is it 2/3/2, 2/2/2, you know, how?
2       A    It is 2/3/2.
3       Q    Okay.  And after you made it to your
4  seat, did you notice the other passenger involved
5  in the incident during the time in which all the
6  other passengers were boarding?
7       A    No, I did not.
8       Q    As you sat down, did you have any
9  drinks?
10      A    I don't recall for sure, but I may have
11  had a glass of champagne that the stewardess
12  offered us before taking off.
13      Q    Okay.  I'm going to share my screen with
14  you, and this will be Defendant's Exhibit 2, which
15  would be your answers to interrogatories.
16           Are you able to see that?
17           (Exhibit 2 was marked for
18  identification.)
19      A    Yes, I am.
20      Q    I'm going to go down to No. 7 here.  In
21  response to the question asked on whether you
22  consumed any alcoholic beverages in the 12 hours
23  prior to the time of the incident, you indicated
24  that one glass of champagne on board Emirates
25  airline prior to take off of the aircraft around

16 (Pages 58 to 61)

62

1  4:00 a.m. served by the stewardess.  Does that
2  refresh your recollection as to whether you had a
3  glass of champagne?
4      A  I believe I did.  I normally do when we
5  fly.  But when I -- at 4:00 in the morning or
6  whatever time it was, I am not 100 percent sure
7  that I did not take a glass of just the orange
8  juice that they normally offer.
9      Q  Okay.  So you have -- you normally have
10  champagne, and in this instance, you don't know
11  one way or the other whether you did or not?
12      A  I'm not -- I cannot guarantee that I did
13  have the champagne, but I probably did.
14      Q  Okay.  Were you served any food or
15  snacks, you know, with the champagne when you're
16  first boarding the aircraft?
17      A  There was not snacks, I don't believe,
18  but I believe there was some sort of a light
19  cheese and crackers or something that we were
20  offered prior to reclining our seats, but again,
21  it was a long day, I was tired, and the incidents
22  that -- that day, I've been -- I don't recall.
23      Q  Okay.  Do you know how long you were
24  seated before the aircraft departed,
25  approximately?

63

1      A  It was -- it was not that long.  I'm
2  sorry.  I -- you know, I don't -- I don't -- we
3  were just getting settled, my husband and I were
4  discussing our trip, how wonderful it had been and
5  what a great time we had, and we're so glad that
6  we had done Jordan and Egypt as a land tour as
7  opposed to doing it from a cruise ship.  It was so
8  much better and Tauk Tours what a great, great
9  tour company they were, and we would definitely
10  tour with Tauk again.  Just, you know, reminiscing
11  between the two of us, what a great time we'd had.
12      Q  Okay.  And the amount of time that you
13  were on the aircraft before it departed, was that
14  normal for, you know, any other flight?
15      A  Well, the flight -- the flight from
16  Venice, this -- this summer -- in the spring, I
17  think we sat on the airplane for two and a half or
18  three hours or so before it took off, because they
19  lost their place in line and had to wait, so
20  what's normal anymore with airline flights?
21      Q  Sure.  But in this case, there was no
22  delay like that or anything; right?
23      A  No massive delay, no, it didn't appear
24  that way.  To me, it didn't.  I don't recall that
25  it was a massive delay.

64

1      Q  Okay.  And then did you notice that
2  other passenger involved in the incident at any
3  time, you know, up to the point of departure?
4      A  No.  You know, there were two boarding
5  areas for that airplane, because when we went
6  through the upper -- we had to go up an escalator
7  and then board the airplane and -- and it was
8  interesting because there were a lot of seats
9  below the escalator with -- with people, it
10  appeared to be were waiting for the same plane,
11  which I'm sure it was, and they -- then there was,
12  I believe there was a sign in the airport or
13  something that indicated we had to go to the upper
14  level to board.
15      Q  But, again, you didn't notice, you know,
16  that, maybe, because there's two boarding areas,
17  you didn't notice the other passenger up to the
18  point of departure of the aircraft; right?
19      A  No, I did not.
20      Q  Okay.  I'm going to share my screen with
21  you, which would be Defendant's Exhibit 3, and
22  this will be the complaint.
23          (Exhibit 3 was marked for
24  identification.)
25          Let's go to page 3, it says,

65

1  "Approximately, one hour into the flight, many of
2  the other passengers were reclined and ready for
3  sleep.  Suddenly, there was a disturbance.  A
4  passenger came stumbling from the back of the
5  plane, obviously very drunk and attempted to take
6  a seat, second from the aisle, same row as the
7  plaintiff in business class."
8          Did I read that correctly?
9      A  Which -- oh, I see, No. 10, No. 10?
10      Q  Yes, ma'am.
11      A  Oh, yeah.  Okay.
12      Q  Did I read that correctly?
13      A  Yes.
14      Q  As you sit here today, is it your
15  testimony that the -- well, scratch that.  As it
16  states here, approximately one hour into the
17  flight, the other passenger stumbled from the back
18  of the plane.  Is this the first moment where you
19  noticed this other passenger?
20      A  It is.
21      Q  Up until this moment, meaning an hour
22  now into the flight, was there anything different
23  about this flight than any other?
24      A  No.
25      Q  How was your seat oriented, was it

66

1  facing the front of the aircraft?
2     A   Yes.
3     Q   So did you actually witness this other
4  passenger walk from the back of the plane towards
5  business class?
6     A   I did not see him walk from the back of
7  the plane to the business class.  I saw him
8  stumbling.  I noticed him when he was stumbling
9  over the passenger that was seated in that center
10  three -- center three-seat section.  He was --
11  that passenger was already -- had his seat
12  reclined and in the sleep position, and he was
13  lying down asleep, and the disturbing passenger
14  stumbled over, tried to get over the seat, and
15  fell on top of him.  The passenger that was
16  reclined moved a bit.  You know, kind of pushed
17  him off a little bit, but he got over the seat
18  and -- and -- or tried, further, to get over the
19  seat, and the stewardess came along.
20     Q   So you never witnessed the other -- the
21  other passenger involved in this incident walking
22  down the aisle or to the seat area?
23     A   He did not bring himself to my attention
24  until he was stumbling over the passenger.
25     Q   Okay.  Is the reason that you imply he

67

1  was obviously very drunk because he allegedly
2  stumbled over this other passenger?
3     A   You could hear him speaking slurredly to
4  the stewardess, and my husband indicated to me
5  that he was, obviously, very drunk.
6     Q   What language did he speak?
7     A   Well, I didn't pay that much attention
8  to it.  I really, I don't recall.  I believe he
9  was -- I'm sorry, I don't recall.
10     Q   Do you speak any Arabic languages?
11     A   No, I do not.
12     Q   Okay.  Do you have any reason to believe
13  that the other passenger involved in this incident
14  was speaking English at all?
15     A   I mean, it came to my attention, so I
16  believe he was slurring, so that's why I thought
17  he must have been speaking English, but I cannot
18  say for sure.
19     Q   What did you hear him say?
20     A   It was so slurred.  You could tell it
21  was -- he was trying to say something to the
22  stewardess.  I do know she spoke English back to
23  him.
24     Q   Do you -- do you know the name of that
25  stewardess?

68

1     A   No, I do not.  It was a female
2  stewardess, so.
3     Q   Did that female stewardess attend to you
4  while you were in business class?
5     A   No.  Unless she served us the glass of
6  either orange juice or champagne, whichever I had
7  taken.
8     Q   Do you know from which seat the
9  passenger involved in this incident came from when
10  he attempted to sit in the business class?
11     A   No, I do not.
12     Q   All right.  Do you have any reason to
13  believe that he was seated in the back of the
14  plane as you allege in paragraph 10?
15     A   I did not see him come from the front.
16  I didn't see him come from the front, but if he
17  came from first class, why would he come to
18  business class?  That would be -- I made the
19  assumption that he was at the back of the plane.
20     Q   Were you in the -- is this a
21  double-decker aircraft?
22     A   No, it was -- no, it was not.
23     Q   And when you say "back of the plane," do
24  you mean economy, or do you mean just a different
25  row behind row six?

69

1     A   A different row behind row six.
2     Q   Okay.  Do you have any reason to believe
3  that this other passenger was not seated in
4  business class?
5     A   I don't know anything about the other
6  passenger.
7     Q   On paragraph 11, it says, "The drunken
8  passenger nearly fell on top of a passenger
9  sitting in the aisle seat.  When the flight
10  attendant noticed the commotion and advised him to
11  return to his seat towards the back of the plane,
12  the drunken man protested loudly, used very rude
13  language, and the flight attendant capitulated and
14  allowed the drunken man to take the seat he
15  sought."  Did I read that correctly?
16     A   Yes.
17     Q   When it says "nearly fell on top of a
18  passenger sitting in the aisle seat," is that what
19  you're referring to earlier when the passenger
20  stumbled?
21     A   So he is -- yes, and the passenger
22  sitting in the aisle seat was not sitting, he was
23  reclined.
24     Q   Okay.  And when you say "the aisle
25  seat," what seat are you referring to?  Is this

18 (Pages 66 to 69)

70

```
 1  row six?
 2      A   Yes, it is, row six.
 3      Q   Okay.
 4      A   Across the aisle from my husband's seat
 5  of row 6C.
 6      Q   Okay.  So this would be the seat
 7  directly next to your husband across the aisle?
 8      A   Yes.  Against the bulkhead, yeah.
 9      Q   And you indicate that the flight
10  attendant allowed the passenger to change the
11  seat.  Do you know what seat he changed to?
12      A   No.  I -- all I heard was that she said,
13  "Sir, you cannot sit here.  You must return back
14  to your own seat."  And he slurred something to
15  her, and -- and she allowed him to sit there.
16      Q   And when you say "he slurred something,"
17  do you know what language he was speaking?
18      A   No, I do not.  That's the only time I
19  heard him speak was when the -- the stewardess and
20  the disturbing passenger spoke to each other.
21  That was the only time that I heard him speak.
22      Q   Okay.  So it was just this -- just this
23  instance when he was requesting to change his seat
24  is the only time you ever heard this passenger
25  speak?
```

71

```
 1      A   That's correct.
 2      Q   Okay.  And your complaint here says,
 3  "The passenger nearly fell on top of a passenger
 4  sitting in an aisle seat."  Is it fair that he did
 5  not, in fact, fall on top of the other passenger
 6  seated in the aisle?
 7      A   Well, he went down on him, and pushed
 8  himself back up again, to which the reclining
 9  passenger kind of pushed him back and then went --
10  laid back down to go to sleep.  He did not sit up
11  or anything.  He just raised his arm and pushed
12  him back when the stewardess was -- was -- came,
13  and that's when she spoke to him and said, "You
14  cannot sit here.  You must go back to your own
15  seat."
16      Q   Okay.  Did you witness the passenger do
17  this -- I guess, this interaction with the aisle
18  passenger and the passenger involved in the
19  incident?
20      A   I did.
21      Q   Did you ever speak with the passenger
22  that was involved in this incident?
23      A   No.
24      Q   And as you sit here today, you don't
25  know what seat the passenger involved in this
```

72

```
 1  incident actually sat in after you changed seats?
 2      A   I don't -- I don't think so, no.  I --
 3  unless there was something in some of the
 4  paperwork that -- that Jim had forwarded me that
 5  I -- their deposition that -- I don't know what
 6  seat he was in before, you know.
 7      Q   What do you mean, "their deposition"?
 8      A   Well, their -- their questioning,
 9  their -- you know.
10      Q   Who is "they"?
11      A   Well, Jim gave me some paperwork, but I
12  didn't pay much attention to it.  It was answers
13  to, I believe, it was Jim's questions to the
14  defendant.
15      Q   Yeah.  Our interrogatories?
16      A   Yes, yes.
17      Q   Yeah.  Okay.  So next on paragraph 11
18  here, it says, "The drunken man protested very
19  loudly using very loud language."  As you sit here
20  today, you don't know what language he was
21  speaking; is that right?
22      A   No, I don't.
23      Q   So you don't know one way or another
24  whether he actually used any rude language?
25      A   No.  When my husband and I were
```

73

```
 1  discussing it, when he finally had me speak to him
 2  about the incident -- when my husband finally had
 3  me speak to him about the incident, he was closer
 4  to the -- the man and he told me, but I did not
 5  hear, clearly, what he had said.
 6      Q   Okay.  And in paragraph 12, it says,
 7  "When the disturbance apparently ended, the
 8  plaintiff and her husband reclined to return to
 9  sleep.  Approximately, one hour later, they were
10  awakened, Ms. Mountain, hysterical, as the drunken
11  man was in the aisle leaning on the bulkhead for
12  support and urinating onto Ms. Mountain, finishing
13  by shaking his penis.  Mr. Mountain pushed the
14  drunken man aside and rushed to the first class
15  curtain for help."  Did I read that correctly?
16      A   Yes.
17      Q   As you sit here today, is it your
18  testimony that the incident occurred another hour
19  after this initial current occurrence?
20      A   I don't know how long it was.  I went
21  into a very -- we reclined.  I went into a very
22  deep sleep, and I was awakened by what I thought
23  was something crawling on my leg.  I thought it
24  was a bug or something and -- and I -- we have
25  been traveling in the tropical areas, and you had
```

74

1  to be careful of spiders and so on and so forth,
2  so I was in a deep sleep. I felt something on my
3  leg, and when I reached down to see what it was,
4  my hand was wet, and it -- it made me kind of sit
5  up a bit and turn, because I was laying on my left
6  side, facing the window, and turn, and to see this
7  guy leaning on the bulkhead with his penis in his
8  hand and urinating on me. And I screamed and
9  shook my husband, and he -- he rolled over and --
10 and looked and pushed the guy and got up out of
11 his seat and went towards the first class -- my
12 husband went towards the first class section, and
13 the steward came back to see what was happening.
14 By this -- by the time the steward got there, the
15 disturbing passenger had gotten back into the
16 seat, in the center seat of aisle six, and the
17 steward was paying attention to me and my husband.
18     Q   Okay. So let me -- let me go back a
19 bit. The aircraft departed around four, and then
20 the initial change of seat took place an hour
21 later, so that would around 5:00 a.m.; is that
22 right?
23     A   I don't -- I didn't look at my watch. I
24 don't know what time it was. I -- I was -- the
25 whole thing, I'm trying to put out of my mind

75

1  completely, and I was -- every time I think about
2  it, I am so shaken. I don't know what time it
3  was. I assume it was an hour later. It seemed
4  like forever until that plane landed, and it was,
5  I don't know, a 16-hour flight or whatever it was.
6  It couldn't have been -- it could have been four
7  hours later. I don't know the exact time. I'm
8  assuming. I was moved around so many times, and I
9  don't know what happened after that too much. I'm
10 sorry.
11     Q   No. It's perfectly fine. Do you want
12 to take a break at all?
13     A   I'm okay. I want to get this over with.
14 Please, continue.
15     Q   Did you ever witness the passenger
16 involved in this incident being served any drinks
17 while on the aircraft?
18     A   No. I didn't pay any attention to
19 anything else going on around the aircraft until
20 the two disturbing incidents: him falling over the
21 passenger to get to that seat that was not
22 assigned to him and when he urinated on me.
23     Q   Do you know one way or the other whether
24 the passenger involved in this incident knew
25 anyone else on the aircraft or on row six?

76

1      A   No, I don't. I have no idea, whether he
2  has a friend or not. I don't know. He -- my
3  husband said that when he had the interaction with
4  the stewardess that what he was slurring was that
5  he wanted to sit with his friend. No one had --
6  the gentleman that was reclined and sleeping made
7  no indication that he was a friend or not.
8      Q   Was there -- so the center -- the aisle
9  seats -- the center section of seats, there are
10 three seats there; is that right?
11     A   That's correct.
12     Q   Okay. And there was a passenger that
13 was reclined in the seat directly next to your
14 husband across the aisle; right?
15     A   That's correct.
16     Q   Okay. And what about the other two
17 seats, were they occupied?
18     A   The center seat was empty. The seat on
19 the opposite side of the plane, being the right
20 side of the plane in the -- that center section
21 was occupied by, it appeared to be a female, but
22 I'm not -- I'm not sure. Long hair, I remember
23 that.
24     Q   Okay.
25     A   I remember when -- when he fell into

77

1  that center seat as such and had the interaction
2  with the stewardess, I'm pretty certain that
3  the -- the passenger in -- on the right-hand seat
4  on that side, I believe if it was a female, she
5  was sitting, and I think -- I'm pretty sure I
6  looked at her, and there was no -- didn't appear
7  to me that she recognized the gentleman at all
8  when the incident was happening.
9      Q   Okay. And after this occurrence with
10 the passenger seated in the aisle took place, did
11 you personally believe that the passenger involved
12 in this incident was, obviously, very drunk?
13     A   I made the assumption.
14     Q   Did you raise any concerns with the
15 flight attendants?
16     A   Not at that time, no. I don't feel that
17 it is my -- my job to make judgment. That is the
18 airline and the personnel that worked with the
19 airline to make the judgment whether the passenger
20 is drunk and if they're able to fly, if they're
21 able to serve them further drinks on board. That
22 is not my judgment.
23     Q   Okay. And then after this -- prior to
24 this incident with the, you know, him changing
25 seats, had you fallen asleep at all within that

78

1  one-hour period?
2      A   No.  I had not, no.
3      Q   Okay.  And then after that took place,
4  you -- you fell asleep at some point.  How long
5  after that did you fall asleep?
6      A   We -- almost immediately.
7      Q   Okay.
8      A   Dropped down our seats and -- and we
9  went to sleep.  It was very late.  As I said, we
10 had boarded it at 3:00 in the morning or 4:00,
11 whatever it is, and we had been up since 7:00 that
12 morning, so.
13     Q   Sure.  Let me back up.  How long was
14 this entire trip that you had through Dubai and --
15 yeah, just this whole trip?
16     A   It was -- I believe, it was a
17 three-week -- three-week trip altogether.
18     Q   So by the time your body had acclimated
19 to the time zone of Dubai, I mean, it felt like
20 3:00 in your body?
21     A   Well, I think there's a, like, a
22 three-hour time zone or something between Dubai
23 and Egypt.  We had been -- in Egypt, which was,
24 essentially, within an hour or so of each other
25 and -- and then direct to Dubai.  It was a -- I

79

1  think it was a three-hour flight to Dubai from,
2  from Cairo.  It was -- yes, we were acclimated.
3  7:00 in the morning, I'm not -- our normal bedtime
4  is, like, 11.
5      Q   Right.
6      A   In the evening.
7      Q   And when you went to sleep, were you
8  using a blanket?
9      A   Yes, I was.  It's a -- provided by the
10 airline.  It was more like a quilt kind of a
11 thing.
12     Q   So this is thicker than, like, the
13 economy class thin, blue blanket that passengers
14 received?  This is one of those kind of heavier
15 quilts?
16     A   Yeah.  Puffy, puffy type of quilt, yes.
17     Q   All right.  I'm going to introduce
18 what's going to be marked as Defendant's Exhibit
19 4.
20         (Exhibit 4 was marked for
21 identification.)
22 BY MR. THORNTON:
23     Q   Just give me one second.  Sorry.  Let me
24 know when you can see what I've shared.
25     A   Okay.

80

1      Q   Ms. Mountain, I'll represent that this
2  is a document that was produced which is
3  Bates-stamped Mountain 36 to 37.  Do you recognize
4  this document?
5      A   I do.
6      Q   What is it?
7      A   It is the statement that my husband,
8  David, has -- his recollection of the incident and
9  what has happened to me since and what has
10 happened to our life and my life and how I'm able
11 to handle things.
12     Q   Okay.  So this document was drafted by
13 your husband?
14     A   Yes.
15     Q   Do you know when he drafted it?
16     A   No, I don't.  He -- my husband spoke to
17 our lawyer friend, Read McCaffrey.
18     Q   Let me interject.  I don't need to know
19 any conversations you've had with counsel.
20     A   Okay.  But it -- he drafted it as a
21 notice for him and to explain the situation and
22 request his help in getting some help, if he --
23 because he knows that Read has contacts with
24 psychiatrists and at -- at the Cleveland Clinic
25 and -- and wondered if he knew of anyone that

81

1  could help me through the stress that I was having
2  and the problems I was -- I was having getting
3  past this incident.
4      Q   Let me draw your attention here to
5  something.  This is in paragraph one, two -- this
6  is paragraph two.  On line three here, it says,
7  "I had been in more of a fetal position because I
8  have a bad back, and the man from 6E had leaned
9  against the overhead and urinated all over
10 Lenore's blanket-covered legs."  Did I read that
11 sentence correctly?
12     A   That's correct.
13     Q   Is that how you recall the incident,
14 that the other passenger urinated on your legs,
15 which was covered by a blanket?
16     A   It was covered by the blanket, and the
17 blanket absorbed through to my clothes and the
18 floor.
19     Q   Okay.  So, yeah, going off the next
20 sentence here, it says, "When she became aware of
21 the moisture seeping through the blanket and her
22 clothes, she awoke just after him shaking his
23 penis after finishing his urination."  Did I read
24 that correctly?
25     A   Yes.

Fernandez & Associates Court Reporters
305-374-8868    service@fernandezcr.com

82

1    Q    Okay.  So by the time you awoke, the
2  passenger had finished urinating and was putting
3  his penis away; is that correct?
4    A    He was still leaning against the
5  bulkhead and shaking his penis and returning it
6  inside his pants.
7    Q    But he -- and I apologize in advance
8  for, you know, any crude language, but at the
9  time, he wasn't still urinating when you woke up;
10  right?
11    A    He was dripping.
12    Q    Other than your leg, did the passenger
13  pee anywhere else?
14    A    My socks, my shoes, the -- the floor of
15  the -- of the plane.
16    Q    Anywhere else?
17    A    I'm sure it was on the seat, soaked
18  everywhere.
19    Q    The urine didn't get into your eyes or
20  your mouth; right?
21    A    No, it did not.
22    Q    Did that passenger hit you at all?
23    A    Physically hit me?
24    Q    Correct.
25    A    With his hands or something, you mean?

83

1    Q    Correct.  Was there any physical
2  altercation between you two?
3    A    No.
4    Q    Did the urine cause any burns to your
5  skin or anything like that?
6    A    No.
7    Q    Okay.  So you -- you were then awoken,
8  and you turned in and witnessed the -- scratch
9  that.  Did you witness the passenger putting his
10  penis away?
11    A    Yes.
12    Q    Your glasses were not on at that time,
13  or did you reach up and put them on before that?
14    A    I can see distance.  My glasses were not
15  on.
16    Q    Okay.  And, I guess, I'm a little
17  confused on the orientation of the aircraft.  You
18  were in the window seat?
19    A    I was.
20    Q    Okay.  So how did the passenger get over
21  to the window seat to urinate on your legs and get
22  around your husband?
23    A    He leaned on the bulkhead and leaned in.
24  My husband was in his seat, reclined, sleeping
25  with his back to me.

84

1    Q    So was the passenger standing kind of in
2  front of your husband's reclined seat?
3    A    Yes, over --
4    Q    Okay.
5    A    -- towards -- more towards the bulkhead.
6  He was closer to the bulkhead than the center of
7  the seating area.
8    Q    Okay.  Did the passenger urinate over
9  your husband at all, or did the passenger stand,
10  you know, did he walk past your husband's legs to
11  go, I suppose, in the corner?
12    A    No.  He -- he stood over.  He was in the
13  aisle.  He was not -- and David sleeps with his
14  legs tucked up.  He was in a fetal position.  I
15  don't know if my husband's seat had urine on it or
16  not.  I -- I don't know, I didn't touch it.  I
17  just shook my husband, I screamed, and I shook my
18  husband.  And he immediately came to attention and
19  saw what was happening and pushed the passenger
20  who was kind of walk -- he was standing, wobbling,
21  and I just went into shock.  I don't -- I remember
22  the steward coming back with my husband, and I
23  don't remember too much of anything after that.  I
24  remember them picking up -- I remember the steward
25  asking me if I was wet and I said, "Yes."  And he

85

1  went forward.  He brought some pajamas -- pajama
2  bottoms for me.  And he took me to the first class
3  washroom to have me change and a bag -- gave me a
4  bag to put my clothes in, my wet clothes, and I --
5  I returned and -- and I -- I believe between my
6  husband and him, they had -- they were bagging up
7  or, my husband wasn't bagging, the steward was
8  bagging the blanket in a plastic bag, a large
9  plastic bag, and -- and I don't know how I got any
10  other -- the next seat.  The next place they -- he
11  said that I couldn't -- and I don't know whether
12  it was the steward said I couldn't sit there or my
13  husband said she can't sit -- she can't sit in
14  this, and I don't know, but they moved me to
15  another seat.
16    Q    Okay.  So your husband then got up --
17  let me go back through some of this.  Your husband
18  got up and went to the first class cabin and spoke
19  to a crew member.  Do you -- do you know the name
20  of that crew member?
21    A    No, I don't.
22    Q    Can you describe him?
23    A    He was a steward.  He was a tall man.
24  He had very thinning hair on top.  He was Middle
25  Eastern.  I don't know of what nationality, but he

86

1  was a fairly substantially built steward.
2      Q    And after the incident, is that the --
3  did you interact with any other flight attendants
4  or stewards or crew members?
5      A    Not that I recall, no.  He was the only
6  one.  He came several times.  Once they got me in
7  the final seat that I was in, where they allowed
8  my husband to come and finally join me.  He came a
9  couple of times and spoke to my husband, but,
10 except for -- I did not hear what they were saying
11 at the time except for the recollection from my
12 husband explaining what had happened.  I don't
13 recall.
14     Q    Did you, yourself, speak to the crew
15 member, or was your husband doing all the
16 communication with that stewardess?
17     A    Speak to him about what?
18     Q    Did you speak at all to the -- to the
19 crew members after the incident?
20     A    He asked me if I was wet.  If -- if the
21 man had -- he asked me what had happened, he
22 questioned me about what had happened.  He asked
23 me, when I told him the incident, he reiterated to
24 me.  He said, "Did you witness his penis?"  And I
25 said, "Yes."  He offered me, when I was in the

87

1  final seat when my husband was seated with me, I
2  was -- he came over and he asked me if I was -- if
3  I would like a cup of tea.  Right after the --
4  when he found out I was wet, he offered me the
5  pajamas, but I -- other than that, I did not have
6  any -- I did not speak to the...
7      Q    Okay.  And you were given a change of
8  pants; right?
9      A    They were pajama bottoms.  He explained
10 they were -- it was a pajama bottom from the first
11 class section.  They must give them pajamas when
12 they board.
13     Q    Okay.  Did you need any other
14 clothing -- did you change into any other clothing
15 other than the pajama bottoms?
16     A    I took my socks off and threw them away
17 as well.
18     Q    Did they give you other socks to wear?
19     A    No.
20     Q    Did you -- were you -- in business
21 class, were you provided with another pair of
22 socks?
23     A    No.
24     Q    Other than the PJs, the PJ bottoms, did
25 they give you anything else?

88

1      A    You mean clothing wise?
2      Q    Yeah.  Anything else, clothing or
3  otherwise?
4      A    No clothing, no blanket, nothing.
5      Q    Did you request any medical treatment?
6      A    No.  I don't know.  I don't think so.
7      Q    Did you speak to the other passenger
8  that caused the incident at all?
9      A    No.
10     Q    And after the incident, you were
11 relocated; right?
12     A    Yes.
13     Q    Do you know what seat you were first
14 relocated to?
15     A    No, I don't.
16     Q    Do you know whether it was in the same
17 row that you were already seated in?
18     A    I ended up in the same row at the end,
19 but I do not know.  I don't think that was the
20 first seat.  I felt like I was being moved a
21 second time, but I don't know.
22     Q    Okay.  When you were first moved, were
23 you moved to a seat that was -- your husband could
24 not sit next to you?
25     A    Correct.

89

1      Q    And then you were relocated again to two
2  seats so that you could both sit together; is that
3  right?
4      A    Yes.
5      Q    And you believe that was row six?
6      A    I know it was row six.  It was in the
7  same seat.  The same row in the seats that we were
8  originally to have, and I could look down the row
9  and see the guy -- the person reclined and having
10 a very good sleep, by the looks of it.  It was
11 chilling.
12     Q    So were the two seats that you were
13 moved to the window aisle on the opposite side of
14 the aircraft?
15     A    From our original seats, they were on
16 the opposite side of the aircraft, yes.
17     Q    And which one did you sit in, the aisle
18 or the window?
19     A    The window.
20     Q    Were you offered two seats in first
21 class?
22     A    After we were seated there, yes.  My
23 husband -- my husband said, did you want -- "They
24 offered us seats in first class, did you want to
25 move?"  And I said, "No.  I don't want any more

90

1  attention.  I disturbed the other passengers and I
2  don't want anyone to know what happened.  I don't
3  want anyone questioning me."
4      Q   Okay.  So you declined those first class
5  seats that were offered?
6      A   I'm sure we were -- must have been close
7  to landing anyway.  It was -- it seemed like the
8  night had gone on forever after I was awakened.
9      Q   Do you want to take a moment?
10     A   I'd like to get this over with, please.
11     Q   Okay.  Do you know exactly when you were
12  offered the first class seats?
13     A   No, I don't.  Close to the -- the end of
14  the -- of the ordeal.
15     Q   Do you know how long before landing you
16  were offered the first class seats?
17     A   No, I don't.
18     Q   Did you request that police be called
19  when you landed?
20     A   I personally did not.
21     Q   Did anyone?
22     A   My husband did.
23     Q   Who did he make that request to?
24     A   The purser.  The gentleman that had
25  originally assisted in getting the pajama bottoms,

91

1  the cup of tea, and moving us around.  He was the
2  only crew member that -- that did anything
3  involved with this incident.
4      Q   And did that crew member let you know
5  that you would need to be present if you wanted
6  police to be contacted?
7      A   Present where?
8      Q   If they were going to call the police on
9  your behalf, that you would need to be present for
10  the police to arrive and tell them, you know, make
11  your claim to them?
12     A   Well, that's a given, yes.  I
13  understand -- I understood that -- were the police
14  called, I would have to testify, I would have to
15  give them a statement, I am -- I know that.
16     Q   Did you have a connecting flight after
17  you arrived in Miami?
18     A   No.  Our car was parked in a -- in a
19  parking garage, and we were driving home for two
20  and a quarter hours, two and a half hours, I
21  guess, it is.
22     Q   And when you say "home," you mean the
23  property in Naples?
24     A   That's correct.
25     Q   Okay.  After the -- did you ever notify

92

1  Emirates that you did not want to stick around for
2  police to arrive?
3      A   I did not, no.
4      Q   Do you know whether your husband did?
5      A   No.  I do not, no.  I don't believe he
6  would do that.
7      Q   After you relocated your seats, was the
8  flight uneventful from then forward?
9      A   As far as I know, yes.
10     Q   Did you have any meals after the
11  incident?
12     A   No.
13     Q   Were they offered to you?
14     A   I don't remember.
15     Q   Did you deplane with all the other
16  passengers?
17     A   Yes.
18     Q   Did you speak to any of the crew members
19  as you exited the aircraft?
20     A   I did not.
21     Q   You never thanked any of the crew
22  members?
23     A   Not I, no.
24     Q   Did you speak to the passenger involved
25  in the incident at all while you're deplaning or

93

1  after you exited the aircraft?
2      A   No.  The steward came while -- before
3  we -- we landed, while we were still in flight,
4  the steward came and spoke to my husband and my
5  husband said -- told me that he had -- that the
6  steward had spoken to the passenger and that the
7  passenger wanted to come and apologize to me and
8  did I want that.  And I told my husband, no, I did
9  not.  I did not want to see him.  I did not want
10  anything.  I did not want any kind of an
11  interaction with him at all.
12     Q   Okay.  So just to confirm, you've never
13  spoken to the other passenger at all since the
14  incident through today or anything like that?
15     A   I don't know who the other passenger
16  was.
17     Q   Okay.
18     A   I don't know his nationality.  I don't
19  know what he looks like.  No, I have not spoken to
20  him.
21     Q   Do you know his name?
22     A   No, I do not.
23     Q   Okay.  Could we take, like, a five-,
24  ten-minute break?  I'm going to -- after this, I
25  think I'm going to move on from the incident

94

1  itself.
2      (Off the record.)
3  BY MR. THORNTON:
4      Q   So we are back after a brief break.  I
5  just have a few more questions, you know, kind of
6  regarding the incident.  Did you take any photos
7  after the incident?
8      A   I personally did not take any photos.
9  My husband took a photo of the -- actually, the --
10  I believe the steward took a photo of the floor
11  with the urine streaks on it and Air Dropped that
12  to my husband.  Otherwise, I don't know how --
13  David -- maybe David took it.  Someone had a photo
14  of the -- anyway, he showed me afterwards, a
15  photo.  My husband showed me after we got back to
16  Canada that Christmas, showed me a photo of the
17  floor of the aircraft and...
18      Q   Okay.
19      A   I -- that -- that's the only photo that
20  I know of.
21      Q   Okay.  And did you, other than when you
22  heard the passenger trying to, you know, change
23  his seats, did you hear the passenger involved in
24  this incident speaking any other time after then?
25      A   No.

95

1      Q   I want to share my screen with you,
2  which is going to be the complaint.  I'm going to
3  draw your attention to paragraph 16 which says,
4  "The drunken man told the purser he had too much
5  to drink in the airport and should not have
6  boarded the plane."  You never heard him say that;
7  right?
8      A   I personally did not hear him say that.
9  The purser reiterated that to my husband, and my
10  husband, when we were discussing it finally at
11  Christmastime, he told -- my husband told me that.
12  I did not hear that statement, though.
13      Q   Okay.  Now, I want to share my screen
14  again, which is going to be your answers to
15  interrogatories.  Can you see where I've shared?
16      A   Yes.
17      Q   Okay.  And this is interrogatory No. 9
18  in which we ask you to describe each injury for
19  which you are claiming damages in this case,
20  specifying the part of the body that was injured,
21  the nature of the injury, and as to any injuries
22  you contend are permanent, the effects on you that
23  you claim are permanent, and in response, you
24  said, Please see report by Dr. Roy Lubit; is that
25  right?

96

1      A   That's correct.
2      Q   So the only conditions that you're
3  complaining of in this lawsuit are contained in
4  the report by Dr. Lubit; is that right?
5      A   That's correct.
6      Q   I -- can you -- can you -- I just
7  switched it over.  Can you see the change?
8      A   Yes.  This is Dr. Lubit's report?
9      Q   Yeah.  Jumping ahead of me.  So I'm
10  going to mark this as Defendant's Exhibit -- I
11  believe this is 5.
12      (Exhibit 5 was marked for
13  identification.)
14  BY MR. THORNTON:
15      Q   Do you recognize this document?
16      A   I do.
17      Q   What is it?
18      A   It is Dr. Lubit's report on the therapy
19  sessions that we have had in the past and his
20  acknowledgment or interpretation of -- of why I
21  have resulted in -- in the feeling and the
22  problems that I have resulting from this incident,
23  and it's a report of how he -- what he found when
24  he was helping me.
25      Q   Okay.  And I'll -- I'll represent that

97

1  these were -- this was produced in response to
2  request for production, which is Bates-stamped,
3  Mountain 0029 through Mountain 0034?
4      A   Yes.  Okay.  Correct.
5      Q   All right.  It says here that your --
6  well, scratch that.  Based on this report, it
7  appears that he diagnoses you or mentions PTSD and
8  major depression; is that right?
9      A   Yes.
10      Q   All right.  And you first started
11  treating with Dr. Lubit on April 3rd, 2023; is
12  that right?
13      A   Correct.
14      Q   And that's almost four months after the
15  incident?
16      A   Correct.
17      Q   Did you treat with anyone else during
18  that four-month period?
19      A   No.
20      Q   Okay.  And according to this report, you
21  attended six sessions from April 3rd to
22  April 17th; is that right?
23      A   Correct.
24      Q   Where is Dr. Lubit located?
25      A   He's in New York.

25  (Pages 94 to 97)

98

1     Q    All right.  Did you fly to New York for
2  these sessions?
3     A    No.  All of these sessions were by -- by
4  phone or video.
5     Q    How many of these six sessions were on
6  the phone?
7     A    I don't recall.  The beginning ones were
8  on the phone because I couldn't get the video
9  working on my phone or on my iPad.  The last few
10  were definitely -- the last, I'd say -- definitely
11  two of them, three, possibly, were on video on my
12  iPad.
13     Q    Okay.  And why did you decide to hire
14  Dr. Lubit in New York, as opposed to a
15  psychiatrist in your area?
16     A    It was recommended to us by our -- he
17  was recommended to us by our lawyer.
18     Q    Had you ever treated with Dr. Lubit in
19  the past?
20     A    No, I have not.  In Canada, the mental
21  health treatment, we -- yes, we have a wonderful
22  health coverage, but the line, especially after
23  COVID, the patients -- there's quite a number of
24  patients and the lines of -- the length of waiting
25  time to get any mental health.  I don't know any

99

1  psychiatrists -- I've -- here in Canada.  I don't
2  know where any would be located if there's any
3  close to our home or not, but when we're traveling
4  between homes, I felt that it was better with a
5  recommendation of somebody -- from somebody that
6  knew Dr. Lubit himself.  The only other person
7  that I've spoken to about this incident is -- is
8  my general practitioner, Dr. Gatfield.  He is now
9  helping me cope with -- with these issues and
10  supporting me, as well as my physical health.
11  He's -- he's concerned with my -- my mental health
12  as well.
13     Q    Okay.  Do you know anyone else that
14  treated with Dr. Lubit?
15     A    No, I don't.
16     Q    What was involved in each of these
17  sessions that you would have with Dr. Lubit?
18     A    Dr. Lubit would just -- he would
19  generally chat.  He would ask me about my
20  background and so on, and how I was feeling, and
21  what kind of things -- you know, how -- he wanted
22  me to tell him about the incident -- and I did.
23  He questioned me as to why I didn't -- he said a
24  normal person -- normally, the reaction is to yell
25  and scream and cause a disturbance, and I told him

100

1  that, you know, I didn't -- I didn't want anybody
2  to know about this.  I didn't want -- it was the
3  middle of the night and it was -- it was an
4  incident that I was -- I was shocked.  I -- I
5  couldn't believe it was happening.  I never had
6  anything like that happen before.  I -- you know,
7  he was just asking me what my feelings were about
8  it -- what -- how it was affecting me and...
9     Q    Okay.  And you didn't make a disturbance
10  or anything on the aircraft?
11     A    Other than awaking my husband and -- and
12  I tried not to.  I wanted to keep it totally -- it
13  was embarrassing, totally embarrassing.  It still
14  is.  I have not -- I have not even told my
15  children about it.  My husband is the only one of
16  my family that knows anything about this.
17     Q    Okay.  And so you weren't loudly sobbing
18  or anything on the aircraft?
19     A    My husband tells me I was, but I -- I
20  don't remember.  I tried not to be, but I wasn't
21  screaming and yelling, I don't think.  I don't
22  know.
23     Q    Okay.  So I assume that, you know, these
24  questions about what happened on the incident
25  would have been that first session you had with

101

1  Dr. Lubit; right?
2     A    Well, they continued through to about
3  how I felt about it now.  You know, who did I
4  feel -- did I feel anger towards the passenger,
5  should I have done something to him, should -- you
6  know, whatever.  I don't want to the know who the
7  passenger was, I don't.  I felt that I should have
8  been given a little bit more respect.  Then -- why
9  was I the one that was being treated as I was,
10  moved around, and -- and why would they allow -- I
11  thought the airlines were to provide safe passage
12  for the passengers that booked with them.  It was
13  their job to make sure that there weren't
14  disturbing passengers on the airplane and...
15     Q    Okay.
16     A    Anyway, I just -- I -- I feel that I had
17  been -- I had been treated as if I am the problem
18  and not him.
19     Q    Okay.  So going back to these sessions.
20  How long would each session last?
21     A    In the beginning, they were -- they were
22  fairly short, but then as I got to know Dr.
23  Lubit -- some of them went on for an hour, two
24  hours.  Mainly, most of them were an hour long.
25     Q    And when you say "in the beginning, they

102

1  were short," how long do you mean?
2      A   Oh, forty-five minutes, maybe.  They
3  were never any shorter than half an hour.  And
4  that -- if -- if they were short -- Dr. Lubit
5  would make time for me.  Any time that I needed
6  him, he would want me to call two and three times,
7  but I -- I tried to involve myself back into our
8  regular-type schedule.  We had to come home early
9  and, you know, it would -- we were moving from the
10  U.S. back to -- to Canada because of -- my
11  husband's brother-in-law had died, and then it was
12  Christmas, so and they were kind of spread out a
13  little bit and, you know, if -- I tried
14  desperately to call Dr. Lubit before Christmas,
15  but I couldn't get into it, I couldn't.  He waited
16  for me to call.  It was -- and he reiterated to me
17  that any time that I need him.
18      Q   Okay.
19      A   Just call him.
20      Q   Okay.  Have you ever met Dr. Lubit
21  personally?
22      A   Not in person, just over the cameras.
23      Q   Have you treated with Dr. Lubit since
24  April 17th, 2023?
25      A   I have not treated with Dr. Lubit since

103

1  I came back from our trip overseas.  I -- I talked
2  to Dr. Lubit a couple of days before we left for
3  our trip to Italy and Croatia and -- but I have
4  not called him since I've been with -- talking
5  with Dr. Gatfield since.
6      Q   And when was your trip to Italy and
7  Croatia?
8      A   In May, late May of this year.  I don't
9  recall the exact date.  We returned home the
10  second -- no.  The 28 -- 27th, 28th of June, but I
11  believe it was late May, close to the 29th of May
12  that we left to go to Italy.
13      Q   Okay.  And between April 17th and late
14  May, did you treat with Dr. Lubit?
15      A   Yes, I did.
16      Q   How many times?
17      A   I don't recall how many times.  I didn't
18  keep track of it.
19      Q   Do you know in a month, how many --
20  approximately, how many times you might have
21  treated with him?
22      A   Probably three, maximum four times.
23  It -- generally, I -- I would talk to him every
24  week.
25      Q   Okay.  Did you do anything other than

104

1  these phone or video sessions?
2      A   With Dr. Lubit?
3      Q   Yes.
4      A   Such as?  What -- you mean for personal
5  treatment?
6      Q   Yes.  For treatment with him, did you do
7  anything other than these phone or video sessions?
8      A   I tried to involved myself back into my
9  regular routine, which it's coming, but it's slow.
10  It's -- it is tough, it's -- it's not there yet.
11      Q   Okay.  And do you have any appointments
12  scheduled with Dr. Lubit?
13      A   No, I do not.
14      Q   Other than Dr. Lubit, have you treated
15  with anyone else as a result of this incident?
16      A   Dr. Gatfield.
17      Q   And is that with respect to PTSD and
18  major depression as well?
19      A   He knows about the incident.  I've told
20  him about it.  He made a personal phone call to me
21  and -- and has set aside an appointment for me to
22  come in and talk to him about it.  He reassured me
23  that I had done nothing wrong, that it was not my
24  fault, and that he was very supportive.  He made
25  an appointment for me, made a time for me again

105

1  just last week, and I went in and spoke to him
2  again about it about -- and it was totally about
3  my mental health.  There was nothing -- I don't
4  have any physical ailments or needs that -- that
5  he needs to be aware of, and he's very observant.
6  He's -- I've been with Dr. Gatfield for a very
7  long time.  So he knows both, and he is also my
8  husband's personal physician, so we're very
9  comfortable with him and he with us.
10      Q   How many times did you treat with
11  Dr. Gatfield with respect to this incident?
12      A   Twice.
13      Q   And do you have any appointments
14  scheduled?
15      A   No.  Not at this time.  If I asked him
16  for an appointment, this afternoon, and he were in
17  the office, Dr. Gatfield would make room for me.
18  He has told me that.
19      Q   Okay.  Other than the treatment that
20  we've discussed with Dr. Lubit and Dr. Gatfield,
21  have you seen any other doctors or visited any
22  other medical facilities as a result of this
23  incident?
24      A   No.
25      Q   Okay.  Looking at this report from Dr.

27  (Pages 102 to 105)

106

1    Lubit, he mentioned here that your early life,
2    that your father died in a construction accident
3    when you were eight, and your mother was a
4    difficult person, irritable.  What do you mean
5    about your mother being difficult and irritable?
6        A    Well, given the fact that she was left
7    with four children on her own, children aged from
8    under a year old up to eight -- nine years old, my
9    brother is 17 months older than I, and there were
10   four of us, she had a grade nine education.  She
11   worked hard to provide for us.  There was no
12   insurance money.  She had a difficult plate.  She
13   was very -- very controlling of we children, very
14   demanding of we children, and we complied.  She
15   had her own ways, she was brought up in -- during
16   the -- just after the depression, lived on the
17   prairies, and I think she was, my personal opinion
18   was that -- and I don't know this for a fact, but
19   my personal opinion was that she was very upset
20   that my father had burdened her with four children
21   to raise on her own, which, she did an amazing
22   job.  All four of us have done well, three of us
23   have married.  My brother has never married.  And
24   my baby sister is the only one that ever divorced.
25   The -- my sister next to me is still with her

107

1    original husband, as I am, and we both married
2    very young.  Wonderful husbands who, my mother
3    didn't necessarily approve of, but she knows they
4    did well for us.
5        Q    And your mother has passed?
6        A    My mother died at 87, yes.
7        Q    And did you provide any care for her in
8    her late years?
9        A    I would go and visit her.  Physical
10   care, no.  She was in the nursing home when she --
11   she needed to go -- to my youngest sister, who is
12   a nursing assistant, she was the main caregiver,
13   main contact for her care because I was out of the
14   country in Quebec, not living in the town.  My
15   sister's always lived in the town, so she was the
16   caregiver, the main caregiver, and had the
17   responsibility for my mother.
18       Q    Okay.  And looking at -- going back to
19   this Dr. Lubit report, you mentioned some
20   prescriptions, what is Amilzide?
21       A    It's the diuretic that I take that
22   Dr. Gatfield has prescribed to me.
23       Q    Okay.  And what's Sandoz Pravastatin?
24       A    That's the statin, that's for
25   cholesterol.

108

1        Q    Okay.  And then you're also taking
2    vitamins, potassium, and those are the only
3    prescriptions you had?
4        A    Yeah.  I had the two prescriptions at the
5    time, Dr. Lubit in September.  Dr. Gatfield
6    prescribed blood pressure medication because my
7    blood pressure has risen, partly because of age
8    and because of this incident wearing on me as
9    well.
10       Q    Okay.  Do you take any other medication?
11       A    Just natural vitamins.  Nothing -- just
12   over-the-counter vitamins.  Dr. Lubit had
13   prescribed a -- a sleeping medication to me.  He
14   said that it would help, it was nonaddictive, and
15   I should try it, so I -- I didn't want to try it.
16   I did fill the prescription, I took one-half of
17   the pill, and I did not like the feeling.  I felt
18   foggy and groggy and whatever, after taking half
19   one night.  I did not take any further medication
20   for sleeping after that and I have not.
21   Dr. Gatfield had offered me a sleeping medication
22   and -- and I said, "No, I do not like taking
23   medication of any sort, if I can get away with
24   it."  The diuretic I need, the statin, is a need.
25   My sister, my brother, have had heart issues.

109

1    There's heart issues in my father's family, and
2    Dr. Gatfield says statin should be put in the
3    water the same as -- as fluoride, it is for your
4    teeth, everybody should be taking a statin, and
5    now I'm on this medication for -- for blood
6    pressure.
7        Q    Okay.  All right.  With respect to your
8    PTSD, how does that condition currently affect
9    you?
10       A    Not wanting to interact with -- outside
11   of my home very often.  With friends, I do it, I
12   try and stay in the protection of -- of family,
13   if -- if I can.  I -- I don't do very much with my
14   friends anymore, as far as golfing or socializing.
15   I -- I have started going back to having lunches
16   with a group of girls that I was constantly with
17   in Stratford, but it's -- I don't -- I don't like
18   being in crowds.  I force myself to having social,
19   inner people coming into our home.  I -- we used
20   to have dinner parties here all the time for
21   dinner.  Our social life is -- is substantially
22   reduced.  Even in Florida our social life is
23   reduced.
24       Q    Okay.  And what about your depression?
25   How does that currently affect you, or are they

110

1  the kind of same issues?
2      A   Every time I think about this incident,
3  I break down.  I can't sleep.  I wake up in the
4  middle of the night, wondering where my husband
5  is, if he's there for me.  What's going to happen
6  to him.  If he's not there the next time.  The --
7  I never had any reactions before about being on my
8  own.  I am an independent person, I married young,
9  we made our way, we worked hard.  I -- I just, it
10  has changed my life substantially, socially,
11  interactively with family.  I -- want family
12  around, but I don't like people around very much.
13  Just -- I just worry about what's going to happen
14  when he's gone.  It has shaken me.
15      Q   Okay.  Are you currently able to drive?
16      A   Am I able to drive, yes.
17      Q   Yes.  Do you have any issues driving?
18      A   I don't drive very often other than to
19  get groceries and stuff without my husband with
20  me.
21      Q   Has that changed at all because of this
22  incident?
23      A   I don't go shopping anymore other than
24  for groceries.  I -- if I need anything, I order
25  it and have it shipped to the house, so I don't

111

1  have to go out in public alone.  I like to stay on
2  the farm or in my house in Florida when we were in
3  Florida.  Other than going to club -- to the club
4  for dinner, doing maintenance issues down there.
5  We -- I don't -- we don't go out to Artis or to
6  the movie or to anywhere, didn't golf.
7      Q   Okay.  When was the last time that you
8  treated with any doctor with respect to your
9  depression or PTSD in May of 2023?
10      A   It was with Dr. Lubit, and I don't
11  recall exactly what date.
12      Q   Okay.  But you believe it was late May,
13  2023, when you went to Italy, Croatia; right?
14      A   With Dr. Lubit, yes.
15      Q   Okay.
16      A   Other than that, since then, I've
17  treated with Dr. Gatfield, the end of September.
18  I'm sorry.  The end of August.  The end of August,
19  and on the tenth of October.
20      Q   Okay.  Did you go to see Dr. Gatfield in
21  person?
22      A   Yes, I did.
23      Q   Were you there for general physicals, or
24  did you go there specifically as a result of this
25  incident?

112

1      A   Specifically as a result of this
2  incident.
3      Q   And what about on October 10th, was that
4  also in person?
5      A   Yes, it was.
6      Q   Did you ever go to the ER and treat with
7  anyone else for any bodily injuries?
8      A   Regarding this incident?
9      Q   Yes.
10      A   No.
11      Q   Okay.  So you're not claiming any bodily
12  incident as a result of this incident, just
13  emotional distress, PTSD, depression?
14      A   Correct.
15      Q   How would you describe your current
16  condition?
17      A   Marginal.  Good days, bad days.  Days
18  when I'm not occupied with other things, going
19  somewhere, thinking.  I'm not sleeping still.
20      Q   Has your treating with Dr. Lubit or
21  Dr. Gatfield helped at all?
22      A   It has.  I'm much better than I was, I
23  feel, but I still feel I have -- I know I have a
24  ways to go.  I'm trying hard.  I don't like
25  depending on someone else, but I can't do this on

113

1  my own.
2      Q   Okay.
3      A   I feel that I'm intelligent enough to
4  accept the fact that I can't do this on my own.
5      Q   Okay.  And on a scale of 1 to 10, how
6  would you rate your depression or, you know,
7  symptoms that -- that it has for you?
8      A   Which day, what time of the day, what
9  time of the night?
10      Q   I guess, on average?
11      A   Right now, we're -- right now while
12  you're questioning me, it's horrible.  It's just,
13  I can -- I can see it all over again.  It's
14  just -- and I think -- our son lives on the
15  property, and if he ever walked in here and saw me
16  like this, he would go -- he would just -- he
17  would panic.  He would -- I'm just afraid how
18  people will react.  I don't know.  I don't know
19  how to handle my reactions when they do that.
20      Q   Okay.  So did you want to take a moment
21  or?
22      A   I would.  I would.
23      Q   We can take like three minutes, if you
24  want and come back at 1:30 or?
25      A   I'll just catch my breath, I'll just

114

1  catch my breath.  I just keep thinking of what
2  Dr. Gatfield keep saying to me, "Lenore, Lenore,
3  you are in charge.  Don't let the bad guys win,
4  don't let the bad guys win."  I'm not sure what
5  they're supposed to win, other than my emotional
6  state falling apart completely.
7      Q   What do you mean "don't let the bad guys
8  win," who is the bad guys?
9      A   I don't know who the bad guys are.  I
10 just feel like I'm being overwhelmed by this
11 feeling of I did something wrong.  Who are the bad
12 guys?  They are the bad guys that think I did
13 something wrong.  I didn't.  I should have
14 reacted.  I should have -- I should have been more
15 forceful during my -- Dr. Gatfield has -- has --
16 he said that to me, it made me feel so much better
17 that I was in charge.  I'm in charge of my life.
18 They can't do this to me.  I can get control of
19 it.  With help, I can get control of it.
20     Q   And when you say "they can't do this to
21 me," who are you referring to?
22     A   Oh, this is affecting me.  This is --
23 Dr. Gatfield assured me that I did nothing wrong
24 and -- and that, you know, with time, this'll all
25 go away, and I'm hoping that it will.  I'm hoping

115

1  we'll get this all said and done, and I'll be able
2  to forget about it, get on with my life.
3      Q   Okay.  You mentioned before that some
4  people made you feel that you did something wrong.
5  Who were you referring to exactly?
6      A   Well, why was I the one that was being
7  moved around and, you know, if any of the other
8  passengers saw it, why was I the one who was being
9  treated like that?  Why -- why did nobody from
10 Emirates customer service ever contact me to find
11 out how I was doing.  Why -- why wasn't I assured
12 that there would be a report go in?  There's been
13 nothing.  I thought the captain of an airplane was
14 responsible for his passengers, the care and
15 well-being of the passengers while they were under
16 his charge.  I heard nothing, nothing from Air
17 Emirates at all about anything other than when we
18 decided something had to be done.
19     Q   Okay.  Let me go back to a couple of
20 these questions.  I asked you earlier on a scale
21 of 1 to 10 how your PTSD and depression, how you
22 feel about that -- let me re-ask that, and I
23 guess, I would ask on an average day, on a given
24 day, how would you rate them on a scale of 1 to
25 10?

116

1      A   Now, I'm probably a 6 -- 5 or 6.
2      Q   And what about prior to your treating
3  with Dr. Lubit?
4      A   I -- I just -- I just felt like a scale
5  of 1 or 2.
6      Q   So let me -- let me clarify, when I said
7  1 to 10, 10 being the most severe.
8      A   Oh, oh.
9      Q   So would that mean that you would be --
10     A   No.  No.  The other way around, the
11 lowest -- the lowest scale is -- for me, 1 or 2
12 would be the lowest, I felt.  I was just a basket
13 case.  I still feel like I'm somewhat, but it's
14 getting better.  The basket is getting -- at least
15 it's manageable.
16     Q   Okay.  So if I were to inverse those
17 numbers so that 10 is the most severe, before
18 treating with Dr. Lubit, you would be at an 8 or 9
19 out of 10, and after treating with Dr. Lubit, you
20 would be a 4 or 5; is that right?
21     A   Yes.  I would say that -- or, yes.  At
22 the end of his sessions, not at the beginning.  By
23 the end of his sessions, I was feeling much better
24 about myself, and I was -- I was feeling I was not
25 looking forward to the flight over to Italy, but I

117

1  thought, I can handle this, I can do it.
2      Q   You don't currently have any
3  appointments scheduled as a result of this
4  incident; right?
5      A   No, I don't.
6      Q   And you're not taking any medication
7  with respect to this incident?
8      A   Other than the blood pressure
9  medication.  Whether it's -- I would say it's
10 partly caused by this incident.  I'm not a medical
11 person.  I don't know that for sure.
12     Q   Has any doctor told you that?
13     A   That it is related to this incident?
14     Q   Correct.
15     A   No.
16     Q   Do you have any other ailments that we
17 haven't discussed?
18     A   Arthritis.
19     Q   I meant related to this incident, sorry?
20     A   Oh, no.  No, I don't.
21     Q   Have we now discussed all of the
22 treatment that the claim is, related to this
23 incident?
24     A   Yes.
25     Q   Do you know what kind of future care you

Fernandez & Associates Court Reporters
305-374-8868   service@fernandezcr.com

118

1  might need?
2      A   I've got to have some -- either some
3  sort of medical, mental health with Dr. Gatfield
4  or Dr. Lubit.  I did feel comfortable with
5  Dr. Lubit.  I would prefer to be with a
6  psychiatrist that I could go and visit in person
7  as opposed to a video, but if I don't feel
8  comfortable talking about it to another one, then
9  I would return to Dr. Lubit.
10     Q   Okay.  And his report was from back in
11 April 21st, 2023, and you'd attended six sessions.
12 Between April 21st, 2023, to today, do you know
13 how many additional sessions you'd, approximately,
14 had with Dr. Lubit?
15     A   No, I don't.  I -- I had spoke to Dr.
16 Lubit just a couple, a few days before we flew to
17 Italy, but I had been speaking with him on a
18 regular basis during the month of May and after
19 this report was produced.
20     Q   Okay.  And this would have been April
21 21st, so there would be another week in April and
22 then either three or four weeks in May.  And you
23 said you attended then, approximately, once a
24 week.  Do you think that you saw him more than
25 five times or spoke to him?

119

1      A   I -- I don't -- I don't know.  I didn't
2  keep track.  I really -- I would -- somewhere
3  between three and five times I -- I would assume.
4      Q   Okay.  What pharmacy do you fill out any
5  prescriptions?
6      A   At the Jackson Pharmacy in St. Mary's.
7  It's now referred to as -- I think it was just
8  sold within the last couple years, Sunshine
9  Pharmacy, Sunshine Jackson Pharmacy, I believe.
10     Q   Do you know the address?
11     A   It's on Wellington Street south in the
12 town of St. Mary's, Ontario.
13     Q   And for Dr. Gatfield, does he work out
14 of a hospital, or does he have his own practice?
15     A   He works out of the wellness center.
16 It's a -- he is the chief of staff for the
17 wellness center for -- it is called Happy Valley.
18 There are a number of -- of doctors within the
19 group.  He is the chief of staff.
20     Q   Do you know the address the street's on?
21     A   It is on Maiden Lane in St. Mary's,
22 Ontario.
23     Q   Has insurance paid for any of your
24 medical expenses?
25     A   My medical expenses?

120

1      Q   Yeah.  With respect to your treatment
2  with Dr. Lubit?
3      A   Dr. Lubit has not billed me for any
4  treatment.
5      Q   Do you know if those were being offered
6  as a letter of protection?
7      A   I don't know what a letter of protection
8  is.
9      Q   And Dr. Gatfield, is that provided under
10 the -- in the universal healthcare that Canada
11 offers?
12     A   Yes, it is.  And as far as my medical
13 prescriptions go, once you turn 65 in Canada,
14 there was a small fee -- an annual fee of, like,
15 $100, but the pharmacy provides those -- all the
16 prescriptions or the majority of the prescriptions
17 that are eligible, as part of our -- our
18 healthcare plan with a small fee to provide them
19 by the pharmacy.  Like, $6 or something like that,
20 per prescription, for those that are eligible
21 under the prescription plan.
22     Q   Okay.  Are you aware of any outstanding
23 liens for any medical expenses?
24     A   We don't have medical expenses in
25 Canada.  They're all provided under our healthcare

121

1  program.
2      Q   Okay.  And I assume that there's no lien
3  for those services in the United States; right?
4      A   Not that I'm aware of, no.
5      Q   Okay.
6      A   I did discuss -- I did discuss with Dr.
7  Lubit, back in April, his fees and -- and I
8  believe his fees are normally, like, $600 an hour.
9      Q   And what did -- you know, what did that
10 discussion entail?  What did he tell you about his
11 fees?
12     A   I asked him specifically how much I
13 would -- I owed him for the fees, his fees and
14 he -- he said we'll work that out at another time.
15 I want to make sure that you're healthy first.
16     Q   Okay.  So you have not seen any invoices
17 from Dr. Lubit; right?
18     A   No, I have not.
19     Q   Okay.  With respect to your daily life
20 as you sit here today, are you able to get out of
21 bed on your own?
22     A   Yes.
23     Q   Are you able to --
24     A   You mean, physically -- physically?
25     Q   Yup.

122

1    A    Yes.
2    Q    Are you able to bathe yourself?
3    A    Yes.
4    Q    Do you brush your own teeth?
5    A    I have a hot tub every night.
6    Q    Are you able to brush your own teeth?
7    A    Yes.
8    Q    And are you able to dress yourself?
9    A    Yes.
10   Q    Are you able to prepare your own food?
11   A    I prepare for a lot of people a lot of
12   times and my own.
13   Q    Are you able to feed yourself?
14   A    Yes.
15   Q    Does anyone assist you with your home
16   daily activities?
17   A    I have a house cleaner.  Other than
18   that, general maintenance, my husband assists.
19   Other than that, no.
20   Q    And you had the house cleaner before the
21   incident; right?
22   A    Yes.
23   Q    And you're able to drive?
24   A    Yes, I am.
25   Q    And you're able to partake in outdoor

123

1    activities?
2    A    Yes, I am.
3    Q    Do you have any out-of-pocket expenses
4    related to this incident?
5    A    No.
6    Q    As you mentioned earlier, you drink
7    alcohol occasionally; correct?
8    A    I do.
9    Q    How much in an average week do you
10   drink?
11   A    On an average, I would probably have
12   three glasses of wine a week.  I do not drink wine
13   with every dinner meal.  I normally do not drink
14   at home for meals, any meal unless we have guests,
15   and at which time, I will have one or two glasses
16   of -- of wine.
17   Q    Okay.  And your drinking habits haven't
18   changed as a result of this incident?
19   A    No.  They've lessened, actually.
20   Q    And have you ever had any -- have you
21   been involved in any prior lawsuits?
22   A    No.
23   Q    Have you ever been involved in any
24   trip-and-fall incidents?
25   A    Any?

124

1    Q    Trip-and-fall incidents?
2    A    Oh, no, no.
3    Q    Have you ever been involved in any
4    slip-and-fall incidents?
5    A    No, I have not.
6    Q    Have you ever been involved in any auto
7    accidents?
8    A    Years ago, yes.
9    Q    What happened?
10   A    I slid on ice and hit the back of a -- a
11   truck.
12   Q    Were you injured?
13   A    No, I was not.  It just very slightly --
14   I slid into the truck.  And there was no damage to
15   the truck.  The front of my car, because the
16   bumper, they're mainly made of plastic, I had to
17   replace the bumper.  That was it.
18   Q    Okay.  Have you been involved in any
19   traumatic events in the past?
20   A    My father dying.
21   Q    Anything else?
22   A    Nothing that comes to mind that was so
23   traumatic that it has shaken me to the core, no,
24   nothing.
25   Q    After your father had passed, did you

125

1    seek any treatment or any psychological care or
2    anything like that?
3    A    I was eight years old, we were a poor
4    family, no.  I was a kid.  Kids bounce back
5    rapidly; don't they?
6    Q    What about surgery?  Have you ever had
7    any surgery in the past?
8    A    I have had a colon biopsy, I have had a
9    D and C, I had tonsil -- tonsillitis.  Other than
10   that, no, I have not had surgery.  I still have my
11   appendix.
12   Q    Okay.  And have you ever been
13   hospitalized?
14   A    For the D and C and for the colon
15   biopsy.
16   Q    Any other times?
17   A    Not that I can recall.  I very rarely --
18   I try to take care of myself, so that I can live
19   to the age that my mother-in-law did, which was
20   104.
21   Q    Wow.
22   A    Yeah.  And so, you know, we are very
23   aware of our health and make sure that we eat
24   properly and take care of our health.
25   Q    Okay.  And what about depression?  Have

126

you ever been diagnosed with depression prior to this incident?
A No.
Q Have you ever treated with any psychiatrists or psychologists prior to this incident?
A No.
Q What about with PTSD? Have you ever been diagnosed with PTSD prior to this incident?
A No.
Q Did you ever treat with any psychiatrists or psychologists, with respect to PTSD, prior to this incident?
A No. I don't know any psychiatrists or psychologists.
Q And was any antianxiety medication -- have you ever taken anything in the past as a result of this incident?
A No.
Q What about antidepression medication?
A No.
Q Other than your attorneys, did you talk to anyone else about the incident?
A My husband.
Q Anyone else other than your husband?

127

A No. I have not spoken to anyone else other than my husband. And -- and my doctors.
Q Did you -- regarding what you discussed with your husband, did you discuss anything that we haven't already mentioned today?
A No. No, we tell each other everything. I met my husband when I was 13 years old, so I've -- and we've been married for -- if we make it on November 13th, this year, it'll be 58 years.
Q Congratulations. I hope you don't take any offense to this, but have you ever been convicted of a felony or crime or dishonesty?
A No, I have not.
Q Since the incident took place, have you ever been on any vacations?
A We went to Italy and Croatia in the spring of 2023 and we are -- have one upcoming. Leaving October the 29th.
Q And that's to India?
A Yes, it is.
Q Other than Italy, Croatia, and the upcoming trip to India, have you traveled anywhere else since the incident?
A Not since the incident, other than back and forth to Canada.

128

Q And when you say "back and forth," is that back and forth between Florida and Canada?
A It is. We go to Detroit, usually, and fly down if we are not taking our own airplane.
Q Do you fly Air Canada?
A We do fly Air Canada out of Toronto, but fly Delta out of Detroit.
Q How many times, approximately, do you think you've traveled between Canada and Florida since the incident?
A We came back in November, went back to Canada in April, went back to the U.S. in the end of September and back in October, so there were four flights altogether. Three of them were commercial, that's for individual flights, not round trips, individual flights: four of them -- or three of them. Three out of the four were commercial, one was on our own, on my husband's aircraft.
Q Do you have any social media accounts?
A I was on Facebook. I'm not on Facebook anymore. I haven't been for quite some time. You can't get rid of them, though off the -- I don't know how to eliminate them.
Q Can't delete anything from the Internet.

129

A And I was part of a -- in Florida Next Door, which is a, kind of telling you what's going on in the area -- even -- I don't know whether you know what Next Door is -- it's a -- oh, you do, okay. So I don't need to explain. But I -- I don't check in with that very much anymore. I don't read any of their postings or anything.
Q Is there anything -- or scratch that. Have you posted anything on Facebook since the incident?
A No. I don't believe I have. I believe I was finished with Facebook before that. I don't recall when I quit Facebook, but it was -- started to...I didn't like what was going on with the local background noise with -- especially in the local area of people nattering at each other and being upset with each other, so I decided it was a waste of my time and energy.
Q Okay. I'm going to share my screen with you, it's just going to be Defendant's Exhibit 6, I believe.
(Exhibit 6 was marked for identification.)
BY MR. THORNTON:
Q Let me know when you can see what I've

Fernandez & Associates Court Reporters
305-374-8868 service@fernandezcr.com

130

1  shared.
2      Q   Yes.  This is a -- pictures of my
3  husband and I.  The top one is on the cruise ship
4  when we were in Croatia, and we were in Athens; on
5  the second, on the right, the top one on the
6  right-hand side this is traveling with our
7  friends.  Bottom is my husband and I in Italy and
8  the bottom right-hand side is with our friends in
9  Italy this spring.
10      Q   This top right one, is this -- say that
11  again?
12      A   The top right with the colorful lanterns
13  and stuff?
14      Q   Yes.
15      A   There's six, five or six people.
16      Q   Yeah, where were you?
17      A   Six of us in there.  Yes, we were in
18  Athens.  That is where we picked up the cruise
19  ship.  We flew from Venice to Athens and ended up
20  doing the Croatian coast, sailing, there were six
21  of us sailing.  We met up in -- in Athens after --
22  four of us were in Italy, and we sailed back up to
23  Venice and flew home from Venice.
24      Q   Okay.  And you did this trip with
25  friends?

131

1      A   Yes, two couples.
2      Q   How long was the cruise?
3      A   The cruise, I believe, was 10, 12, days.
4  I -- I don't recall when it started.  We flew to
5  Italy the end of May, and we were there for, I
6  believe, it was 10 days in Italy, and we flew home
7  on the 22 or 23rd of June.  So from the 2nd of
8  June, I believe it was, so it must have been...
9  What's it -- two, three weeks, jeez, it doesn't
10  seem like -- I don't know.  It --
11      Q   Okay.
12      A   Two and a half weeks possibly.
13      Q   Okay.  And just for the record, these
14  are documents that you produced in response for
15  request for production, which are Bates-stamped as
16  Mountain 0027 and Mountain 0028.  With respect to
17  each photo, they've got a date on them and time.
18  Are those the date and time in which each photo
19  was taken?
20      A   Is there a date and time?  I can't see
21  them.  Yes.  The date and time, yes.  Yes.
22      Q   And are these all photos that either you
23  took or that you requested to have taken?
24      A   I believe I am in all of the photos, so
25  I couldn't have taken them.

132

1      Q   Well, in the bottom left photo, it looks
2  like a selfie; right?
3      A   No.  That's not -- no.  That's -- that's
4  -- my friend, Lynn, took that photo of us.
5      Q   Okay.  Are all of these photos taken
6  on -- scratch that.  What device were these photos
7  taken on?
8      A   I don't know.
9      Q   It says here underneath the date to the
10  --
11      A   Oh, that's my husband's phone, then,
12  IPhone Pro, 11 Pro.  That's -- that is David's
13  phone.
14      Q   Okay.  And there's an Apple iPhone 14
15  here on the bottom left photo of the first page?
16      A   I don't know.  That must be Lynn's phone
17  or Tim's.  I don't know.
18      Q   Okay.  And then page 2, it looks like --
19  well, it looks like these are just duplicate
20  photos; is that right?
21      A   Yes, they are.
22      Q   Okay.  Are there any other photos that
23  you have of you on vacation since the incident?
24      A   No, I haven't -- I didn't take any --
25  any photos, really.  None of -- I don't take

133

1  photos of myself either.  I didn't take a lot of
2  pics of even countryside or, scenic area, or
3  things on that trip.  It was -- it was a stressful
4  trip for me.
5      Q   Okay.  All right.  If -- if you could
6  give me about 10 minutes, 5 minutes just to look
7  over my notes, I think we might be -- might be
8  done.  Just want to take a quick break here.
9      A   Okay.
10      Q   All right.
11          (A recess was taken.)
12  BY MR. THORNTON:
13      Q   Ms. Mountain, we're back after a brief
14  break.  Are you ready to continue?
15      A   I am.
16      Q   Okay.  I don't really have much of
17  anything left.  Do you -- is there anything else
18  that we missed or that you'd like to raise
19  regarding this incident at all?
20      A   I don't have any questions after this,
21  or I -- I can't -- I can't think of anything that
22  I have questions on.
23      Q   Okay.  All right.  There's nothing else
24  that you wanted to raise or anything else, any
25  treatment, any conditions, or anything else that

Fernandez & Associates Court Reporters
305-374-8868    service@fernandezcr.com

we might not have already discussed?
A Not that I'm aware of at this time, no.
Q Okay. Well, I don't have any further questions right now. Ms. Mountain, thank you very much for your time today. I may have some follow-ups, depending on if your attorney asks you anything, but if not, then I greatly appreciate your time, and thanks for making yourself available.
A Okay.
MR. MONTALVO: I have no questions. We're done with Ms. Mountain.
THE WITNESS: Do you have questions?
MR. MONTALVO: I have no questions, you're free to go.
THE WITNESS: Okay. But do you have questions for my husband, then?
MR. THORNTON: Yes.
THE WITNESS: Oh, okay, so I'll leave and let them continue.
MR. MONTALVO: Thank you.
THE WITNESS: Thanks, Jim.
MR. THORNTON: Sydney, we'd like to get a copy of that transcript. E-tran copy is fine and normal time, please.

MR. MONTALVO: I will order a copy of the transcript.
(Off the record at 2:11 p.m.)

CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

STATE OF FLORIDA )
COUNTY OF OSCEOLA)

I, Sydney Crawford, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; that reading and signing was requested; and that I am neither counsel for related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

______________________________
Sydney Crawford
Commission Number: HH 400086
Commission Expires: 5/18/2027

ERRATA SHEET
IN RE: Mountain v. Emirates
DEPOSITION OF: Lenora Mountain TAKEN: 10/18/2023
DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

| PAGE # | LINE # | CHANGE | REASON |
|---|---|---|---|
| | | | |

Please forward the original signed errata sheet to this Office so that copies may be distributed to all parties.
Under penalty of perjury, I declare that I have read my Deposition and that it is true and correct subject to any changes in form or substance entered here.
DATE:______ SIGNATURE OF DEPONENT:________________

```
 1            FERNANDEZ & ASSOCIATES
                  COURT REPORTERS
 2        444 BRICKELL AVENUE, SUITE 718
                  MIAMI, FL 33131
 3              (305) 374-8868
 4   November 10, 2023
 5   IN RE: Mountain vs. Emirates
 6   CASE NO: DEPOSITION OF: Lenora Mountain
 7    C/O:    HECTOR JAMES MONTALVO
              Rasco Klock Perez & Nieto, P.L.
 8        2555 Ponce de Leon Boulevard
          Suite 600
 9        Coral Gables, Florida 33134
10
     Dear Mr. Montalvo:
11   With reference to the deposition of Lenora
12   Mountain taken in connection with the
13   above-captioned case please find enclosed the
14   transcript of said deposition.  Please arrange to
15   have the witness read your copy of the transcript,
16   denoting any corrections by page and line number
17   on the enclosed errata sheet. This errata sheet
18   must be signed by the witness and the original
19   forwarded to Clay Thornton.  If this has not been
20   taken care of, however, in 30 days or by the time
21   of trial, whichever comes first, it shall then be
22   concluded that the reading, subscribing and notice
23   of filing have been waived.
24        Yours very truly,
          Sydney Crawford
25        Court Reporter
```