UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-22188-BLOOM/Torres

LENORA MOUNTAIN,

    Plaintiff,

v.

EMIRATES, INC., *a foreign business corporation*,

    Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Mediation Settlement Agreement, ECF No. [24], filed on December 11, 2023, indicating that the parties have reached a settlement of the claims in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file appropriate dismissal documentation.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

4. The Clerk is directed to **SEAL** the Mediation Settlement Agreement, **ECF No. [24]**, on the grounds that the document appears to contain confidential information, including financial information.

Case No. 23-cv-22188-BLOOM/Torres

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 11, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record